**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District Of Illinois

Case number *(if known)*: _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy     12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Paul<br>First name<br><br>R<br>Middle name<br><br>King<br>Last name<br><br>Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | Paul<br>First name<br><br>R<br>Middle name<br><br>Carbyking<br>Last name<br><br>First name<br><br>Middle name<br><br>Last name | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 8  3  1  4<br>OR<br>**9** xx – xx –____ ____ ____ ____ | xxx – xx –____ ____ ____ ____<br>OR<br>**9** xx – xx –____ ____ ____ ____ |

| Debtor 1 | Paul  R King | Case number *(if known)* |
|---|---|---|
| | First Name   Middle Name   Last Name | |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☐ I have not used any business names or EINs.

Carby King Realty Group
Business name

Business name

3 6 _ 3 9 1 5 0 0 1
EIN

___ ___ _ ___ ___ ___ ___ ___ ___
EIN

☐ I have not used any business names or EINs.

Business name

Business name

___ ___ _ ___ ___ ___ ___ ___ ___
EIN

___ ___ _ ___ ___ ___ ___ ___ ___
EIN

**5. Where you live**

2015 Emerson Street
Number   Street

Evanston              IL    60201
City                  State  ZIP Code

COOK
County

**If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.**

Number   Street

P.O. Box

City                  State  ZIP Code

**If Debtor 2 lives at a different address:**

Number   Street

City                  State  ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.**

Number   Street

P.O. Box

City                  State  ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

| Debtor 1 | Paul  R King | | | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form B2010)). Also, go to the top of page 1 and check the appropriate box.

☒ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay Your Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☒ No

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No

☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| | | | MM / DD / YYYY | | |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| | | | MM / DD / YYYY | | |

**11. Do you rent your residence?**

☒ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

| Debtor 1 | Paul  R King | | | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 3:**  **Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number       Street

_____

_____
City                                State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☒ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**  **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No

☐ Yes.  What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
                       Number       Street

_____

_____
City                                State      ZIP Code

Debtor 1    Paul R King    Case number (if known) _____
             First Name    Middle Name    Last Name

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---------|----------------------------------------------------------------------|

**15. Tell the court whether you have received briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    Paul R King

First Name    Middle Name    Last Name        Case number (if known)_____

---

**Part 6:**   **Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

---

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18.

☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

     ☒ No
     ☐ Yes

---

**18. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**Part 7:**   **Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

   ✗ _____ *Paul R King* _____    ✗ _____

     Signature of Debtor 1                      Signature of Debtor 2

     Executed on _6_ / _30_ _2016_           Executed on _____
           MM / DD / YYYY                          MM / DD / YYYY

---

| Debtor 1 | Paul R King | | | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X _____    Date    6 · 3 0 2 0 1 6
    Signature of Attorney for Debtor                   MM  /  DD / YYYY

Dennis M. Sbertoli
Printed name

Sbertoli Law Office
Firm name

PO Box 1482
Number    Street

La Grange Park                IL        60526
City                          State     ZIP Code

Contact phone  (708) 579-9724         Email address  dsbert4978@aol.com

ARDC # 3128965                        IL
Bar number                            State

Fill in this information to identify your case:

Debtor 1     Paul  R King
            First Name              Middle Name              Last Name

Debtor 2
(Spouse, if filing)  First Name     Middle Name              Last Name

United States Bankruptcy Court for the: _____ Northern District Of Illinois _____

Case number
(if known)    _____

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and*
                                                          *Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and
that they are true and correct.

✗ _____     ✗ _____
Signature of Debtor 1                    Signature of Debtor 2

Date  6  30  2016                        Date _____
     MM / DD  / YYYY                          MM / DD  / YYYY

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | Paul _____ R _____ King _____ |
| | First Name      Middle Name      Last Name |
| Debtor 2 | _____ _____ _____ |
| (Spouse, if filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number | _____ |

☐ Check if this is an
amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:     Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☒ Yes. Where is the property?

**1.1.**

Phoenix Park _____
Street address, if available, or other description

_____

See _____
City          State     ZIP Code

_____

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**      **Current value of the portion you own?**

$ Unknown _____      $ See Attachment 1

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Co-Ownership _____

☐ **Check if this is community property** (see instructions)

---

If you own or have more than one, list here:

**1.2.**

_____
Street address, if available, or other description

_____

_____
City          State     ZIP Code

_____

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**      **Current value of the portion you own?**

$_____      $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property** (see instructions)

---

Debtor 1  Paul     R      King
First Name    Middle Name    Last Name

Case number (if known)_____

**1.3.** _____

Street address, if available, or other description

_____

City _____ State ____ ZIP Code

_____

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property** (see instructions)

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. .......................................................➔

$0.00

---

## Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.** Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☒ Yes

**3.1.** Make: Kia
Model: Optima
Year: 2015
Approximate mileage: 7500
Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$17,179.00   $_____

If you own or have more than one, describe here:

**3.2.** Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

Debtor 1  Paul        R        King
          First Name  Middle Name  Last Name

Case number (if known)_____

3.3.  Make: _____
      Model: _____
      Year: _____
      Approximate mileage: _____
      Other information:
      [                    ]

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**   **Current value of the portion you own?**

$_____    $_____

3.4.  Make: _____
      Model: _____
      Year: _____
      Approximate mileage: _____
      Other information:
      [                    ]

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**   **Current value of the portion you own?**

$_____    $_____

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
    ☒ No
    ☐ Yes

4.1.  Make: _____
      Model: _____
      Year: _____
      Other information:
      [                    ]

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**   **Current value of the portion you own?**

$_____    $_____

If you own or have more than one, list here:

4.2.  Make: _____
      Model: _____
      Year: _____
      Other information:
      [                    ]

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**   **Current value of the portion you own?**

$_____    $_____

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ....................................➔

$ 0.00

Debtor 1   Paul   R   King
First Name   Middle Name   Last Name   _____Case number (if known)_____

## Part 3:   Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☒ Yes. Describe.......... Bedroom furniture, living room furniture, TVs, radios, miscellaneous kitchen utensils ans small appliances.        $ 1,250.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☒ No
   ☐ Yes. Describe..........        $ _____

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☒ No
   ☐ Yes. Describe..........        $ _____

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☒ No
   ☐ Yes. Describe..........        $ _____

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☒ No
    ☐ Yes. Describe..........        $ _____

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes. Describe.......... Miscellaneous items of used clothing        $ 350.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☒ Yes. Describe.......... Watch        $ 150.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☒ No
    ☐ Yes. Describe..........        $ _____

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☒ No
    ☐ Yes. Give specific information..............        $ _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..........................................................................➔        $ 1,750.00

Debtor 1    Paul    R    King
          First Name    Middle Name    Last Name    Case number (if known)_____

| Part 4: | Describe Your Financial Assets |

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☒ Yes................................................................................................................    Cash: ........................    $ 100.00

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes.....................

Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | PNC | $ 370.00 |
| 17.2. Checking account: | | $ |
| 17.3. Savings account: | | $ |
| 17.4. Savings account: | | $ |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | | $ |
| 17.7. Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes..................

Institution or issuer name:

$
$
$

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☒ Yes. Give specific information about them. ......................

| Name of entity: | % of ownership: | |
|---|---|---|
| Carby King Realty Group Inc. | 100 % | $ 0.00 |
| | % | $ |
| | % | $ |

Debtor 1   Paul        R        King
           First Name  Middle Name  Last Name        Case number (if known)_____

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific      Issuer name:
   information about
   them. ......................   _____   $_____
                                 _____   $_____
                                 _____   $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No
☐ Yes. List each
   account separately..  Type of account:          Institution name:

                         401(k) or similar plan:   _____   $_____

                         Pension plan:             _____   $_____

                         IRA:                      _____   $_____

                         Retirement account:       _____   $_____

                         Keogh:                    _____   $_____

                         Additional account:       _____   $_____

                         Additional account:       _____   $_____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☒ No
☐ Yes...........................   Institution name or individual:

                         Electric:                  _____   $_____

                         Gas:                       _____   $_____

                         Heating oil:               _____   $_____

                         Security deposit on rental unit: _____   $_____

                         Prepaid rent:              _____   $_____

                         Telephone:                 _____   $_____

                         Water:                     _____   $_____

                         Rented furniture:          _____   $_____

                         Other:                     _____   $_____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes...........................   Issuer name and description:

                                 _____   $_____
                                 _____   $_____
                                 _____   $_____

Debtor 1   Paul   R   King
First Name   Middle Name   Last Name

Case number (if known)_____

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No
☐ Yes .................................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| | $_____ |
| | $_____ |
| | $_____ |

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No
☐ Yes. Give specific information about them... | | $_____ |

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No
☐ Yes. Give specific information about them... | | $_____ |

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
☒ Yes. Give specific information about them... | Illinois Licensed Real Estate Managing Broker # 471016797 | $0.00 |

**Money or property owed to you?**

Current value of the portion you own? Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...................... 

Federal:   $_____
State:   $_____
Local:   $_____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes. Give specific information. .............

Alimony:   $_____
Maintenance:   $_____
Support:   $_____
Divorce settlement:   $_____
Property settlement:   $_____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No
☐ Yes. Give specific information. .............. | | $_____ |

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☒ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| New York Life | Pamela Gipson King, spouse | $ 1,752.09 |
| Executive Whole Life | Pamela Gipson King, spouse | $ |
| New York Life | Pamela Gipson King, spouse. | $ 9,614.72 |

See Attachment 2: Additional Insurance Policies

**32. Any interest in property that is due to you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No

☐ Yes. Give specific information. ............                                          $_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No

☐ Yes. Describe each claim. ...................                                         $_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No

☐ Yes. Describe each claim. ...................                                         $_____

**35. Any financial assets you did not already list**

☒ No

☐ Yes. Give specific information. ............                                          $_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ............................................................  →   $ 11,836.81

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☒ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☒ No

☐ Yes. Describe.......                                                                  $_____

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

☒ Yes. Describe....... 2010 Computer used by debtor at home and in business.           $ 200.00

---

Debtor 1   Paul   R   King   _____ Case number (if known)_____
First Name   Middle Name   Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☒ No
☐ Yes. Describe ........   _____   $_____

41. **Inventory**

☒ No
☐ Yes. Describe ........   _____   $_____

42. **Interests in partnerships or joint ventures**

☒ No
☐ Yes. Describe .......   Name of entity:                          % of ownership:

_____   _____%   $_____
_____   _____%   $_____
_____   _____%   $_____

43. **Customer lists, mailing lists, or other compilations**

☒ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

☒ No
☐ Yes. Describe.........   _____   $_____

44. **Any business-related property you did not already list**

☒ No
☐ Yes. Give specific   _____   $_____
information .........   _____   $_____
_____   $_____
_____   $_____
_____   $_____
_____   $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ..................................................................... ➔   $ 200.00

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples*: Livestock, poultry, farm-raised fish

☒ No
☐ Yes...........................   _____   $_____

Debtor 1  Paul        R          King
          First Name   Middle Name   Last Name                    Case number (if known)_____

48. **Crops—either growing or harvested**

☒ No

☐ Yes. Give specific
   information. ............ [                                      ]      $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☒ No

☐ Yes......................... [                                      ]      $_____

50. **Farm and fishing supplies, chemicals, and feed**

☒ No

☐ Yes......................... [                                      ]      $_____

51. **Any farm- and commercial fishing-related property you did not already list**

☒ No

☐ Yes. Give specific
   information. ............ [                                      ]      $_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
    for Part 6. Write that number here** ........................................................................➜   [ $0.00 ]

---

## Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

☒ No

☐ Yes. Give specific
   information. ............ [                                      ]      $_____
                                                                          $_____
                                                                          $_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...............➜   [ $_____ ]

---

## Part 8:  List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ...........................................................................................➜   $0.00 _____

56. **Part 2: Total vehicles, line 5**                              $0.00 _____

57. **Part 3: Total personal and household items, line 15**        $1,750.00 _____

58. **Part 4: Total financial assets, line 36**                    $11,836.81 _____

59. **Part 5: Total business-related property, line 45**           $200.00 _____

60. **Part 6: Total farm- and fishing-related property, line 52**  $0.00 _____

61. **Part 7: Total other property not listed, line 54**        + $0.00 _____

62. **Total personal property. Add lines 56 through 61.** .................   [ $13,786.81 ]   Copy personal property total ➜  + $13,786.81 _____

63. **Total of all property on Schedule A/B. Add line 55 + line 62.** ..............................................   [ $13,786.81 ]

# Attachment
## Debtor: Paul  R King        Case No:

Attachment 1: Real Property

      Phoenix Park, Jamaica

      one tenth of fair market  value.

Attachment 2: Additional Insurance Policies

    Primerica
    Value: Unknown

| Fill in this information to identify your case: |
| --- |

| Debtor 1 | Paul | R | King | |
| --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt |
| --- | --- |

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: Money<br>Line from *Schedule A/B*: 16 | $100.00 | ☒ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: See Attachment 1<br>Line from *Schedule A/B*: 17.1 | $370.00 | ☒ $ 370.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: See Attachment 2<br>Line from *Schedule A/B*: 11 | $350.00 | ☒ $ 350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(a),(e) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No
      ☐ Yes

Debtor 1    Paul  R King
First Name        Middle Name            Last Name

Case number (if known)_____

---

**Part 2:**  **Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: See Attachment 3<br>Line from *Schedule A/B*: 31 | $ 1,752.09 | ☒ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | 215 ILCS 5/238 |
| Brief description: See Attachment 4<br>Line from *Schedule A/B*: 31 | $ _____ | ☒ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | 215 ILCS 5/238 |
| Brief description: See Attachment 5<br>Line from *Schedule A/B*: 31 | $ 9,614.72 | ☒ $ 9,614.72<br>☐ 100% of fair market value, up to any applicable statutory limit | 215 ILCS 5/238 |
| Brief description: Watch<br>Line from *Schedule A/B*: 12 | $ 150.00 | ☒ $ 150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: _____<br>Line from *Schedule A/B*: ___ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: ___ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: ___ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: ___ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: ___ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: ___ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: ___ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: ___ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

---

# Attachment
## Debtor: Paul R King     Case No:

Attachment 1

    Checking Account with PNC

Attachment 2

    Miscellaneous items of used clothing

Attachment 3

    No. 39 219 013     Death benefit $50,000.00  Surrender value 1,752.09

Attachment 4

    No. 001998905     Face amount $37,000.00

Attachment 5

    No. 39-260 800.  Face amount 185,774.00, cash value as of 10/21/14  $9,614.72

**Fill in this information to identify your case:**

Debtor 1    Paul R King
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the:   Northern District of Illinois

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.1** **Kia Motors Finance**
Creditor's Name

PO Box 20825
Number    Street

Fountain Valley    CA    92728
City    State    ZIP Code

Describe the property that secures the claim:   $ 24,000.00   $ 17,179.00   $ 6,821.00

Car. Current value taken from Edmunds.com

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number  0  3  8  8

**2.2** **Partners Funding**
Creditor's Name

1393 Veterans Memorial Highway
Number    Street

Suite 202S

Hauppauge    NY    11788
City    State    ZIP Code

Describe the property that secures the claim:   $ 35,100.00   $ Unknown   $

Carby King Receivables

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) See Attachment 1

Date debt was incurred 1/20/16   Last 4 digits of account number  3  6  3  2

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 59,100.00

Debtor 1    <u>Paul   R   King</u>
     First Name    Middle Name     Last Name

Case number *(if known)* _____

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>Amount of claim<br>Do not deduct the<br>value of collateral. | **Column B**<br>Value of collateral<br>that supports this<br>claim | **Column C**<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|

---

**23**   <u>Pearl Capital</u>
    Creditor's Name

<u>40 Exchange Place</u>
Number     Street

<u>New York      NY    10005</u>
City      State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) **See Attachment 2**

Last 4 digits of account number ___ ___ ___ ___

Column A: $ 28,105.00    Column B: $ Unknown    Column C: $ _____

---

**24**
    Creditor's Name

Number     Street

City      State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

Column A: $_____    Column B: $_____    Column C: $_____

---

**25**
    Creditor's Name

Number     Street

City      State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

Column A: $_____    Column B: $_____    Column C: $_____

---

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 28,105.00

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:   $ 87,205.00

| Debtor 1 | Paul  R King | | | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Jennifer Ballard
Name

On which line in Part 1 did you enter the creditor? 2.2

Last 4 digits of account number  3  6  3  2

120 w. 45th Street
Number      Street

2nd Floor

New York          NY        10036
City                State      ZIP Code

Ariel Bouskila
Name

On which line in Part 1 did you enter the creditor? 2.3

Last 4 digits of account number  0  3  8  8

PO box 1065
Number      Street

New York          NY        10272
City                State      ZIP Code

Name

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number  ___ ___ ___ ___

Number      Street

City                State      ZIP Code

Name

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number  ___ ___ ___ ___

Number      Street

City                State      ZIP Code

Name

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number  ___ ___ ___ ___

Number      Street

City                State      ZIP Code

Name

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number  ___ ___ ___ ___

Number      Street

City                State      ZIP Code

Attachment

Debtor: Paul  R King        Case No:

Attachment 1

Receivables financing entered into by Carby King Realty Group.  Debtor is a
guarantor.

Attachment 2

Receivables financing entered into by Carby King Realty Group.  Debtor is a
guarantor

Fill in this information to identify your case:

Debtor 1     Paul  R King
             First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  Northern District of Illinois

Case number
(If known)

☐ Check if this is an
   amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule
A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is
needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of
any additional pages, write your name and case number (if known).

**Part 1:**     List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☐ No. Go to Part 2.
    ☒ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
   each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and
   nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
   unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

| IDES | Last 4 digits of account number  6  2  -  0 | $ 0.00 | $ 0.00 | $ 0.00 |
|---|---|---|---|---|

Priority Creditor's Name

33 S. State Street
Number      Street

When was the debt incurred? _____

Chicago          IL          60603
City              State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were
   intoxicated
☐ Other. Specify _____

**2.2**

| IDFPR--C/O  Robert Wasiak | Last 4 digits of account number  2  9  8  8 | $ Unknown | $ 0.00 | $ 0.00 |
|---|---|---|---|---|

Priority Creditor's Name

9511 w. Harrison Street
Number      Street

When was the debt incurred? _____

Unit LL50

Des Plaines     IL          60016
City              State      ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were
   intoxicated
☐ Other. Specify _____

| Debtor 1 | Paul R King | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| **Part 1:** | **Your PRIORITY Unsecured Claims —Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.3**

Internal Revenue Service
Priority Creditor's Name

P.O. Box 7346
Number          Street

Philedelphia      PA      See
City              State    ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

$ Unknown      $ Unknown      $ Unknown

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

**2.4**

_____
Priority Creditor's Name

_____
Number          Street

_____
City              State    ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____      $_____      $_____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

**2.5**

_____
Priority Creditor's Name

_____
Number          Street

_____
City              State    ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____      $_____      $_____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Paul R Ring

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☒ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than four priority unsecured claims fill out the Continuation Page of Part 2.

| | | **Total claim** |

**4.1**

**AAK Firm IL LLC**
Nonpriority Creditor's Name

**120 s. riversid Plaza Suite 1200**
Number    Street

**Chicago**          **IL**          **60606**
City                State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   1/19/16

$5,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☒ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   See Attachment 2

---

**4.2**

**Abelardo Gonzaleez**
Nonpriority Creditor's Name

**4619 Fairfield Ave**
Number    Street

**Chicago**          **IL**          **60632**
City                State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   7/21/15

$2,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   See Attachment 3

---

**4.3**

**Adam Adamski**
Nonpriority Creditor's Name

**C/O Hunters Realty 6049 North Avenue**
Number    Street

**Oak Park**          **il**          **60302**
City                State        ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   2/8/16

$3,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   See Attachment 4

Debtor 1 _____ Paul R King _____

First Name    Middle Name    Last Name

Case number (if known)_____

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

**4.4**

Adan Espana and Martha Cristina Rojo

Nonpriority Creditor's Name

3540 W. Diversey

Number    Street

Chicago    IL    60647

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    6/5/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 5

$ 5,250.00

---

**4.5**

Aleksander Filamonov

Nonpriority Creditor's Name

2118 Brandywyn Ln

Number    Street

Buffalo Grove    IL    60089

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    1/14/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 6

$ 4,775.00

---

**4.6**

Alfredo Hernandez-Lopez  c/o Isreal Rivera

Nonpriority Creditor's Name

647 N. York Road

Number    Street

Elmhurst    IL    60126

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    2/4/16

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 7

$ 5,000.00

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.    **Total claim**

**4.7**

Ali Salem
Nonpriority Creditor's Name

1952 W. Garfield
Number      Street

Chicago          IL          60609
City            State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    8/14/13

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  See Attachment 8

$ 2,500.00

**4.8**

ALJ Investments, Inc
Nonpriority Creditor's Name

2450 St. andrew Dr.
Number      Street

Olympia Fields        IL        60641
City            State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    7/10/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  See Attachment 9

$ 1,000.00

**4.9**

Alwin M. Vargas
Nonpriority Creditor's Name

2547 N. Leyden Ave.
Number      Street

River Grove          IL          60171
City            State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    2/11/16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  See Attachment 10

$ 2,500.00

Debtor 1    Peter R King
           First Name    Middle Name    Last Name

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.    **Total claim**

---

**4.10**

**Amish & Nirali Shah**
Nonpriority Creditor's Name

1706 Buckinghan Dr.
Number       Street

Des Plaines          IL          60018
City                       State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    8/24/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  See Attachment 11

$ 13,520.00

---

**4.11**

**Amulofo Delgado**
Nonpriority Creditor's Name

1260 Cromwell Ln.
Number       Street

Naperville          IL          60564
City                       State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    10/14/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  See Attachment 12

$ 1,500.00

---

**4.12**

**Amy Wells and Sean Kelly**
Nonpriority Creditor's Name

710 Asbury
Number       Street

Evanston          IL          60202
City                       State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    10/3/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  See Attachment 13

$ 1,000.00

---

Debtor 1  Paul R Ring
First Name   Middle Name   Last Name

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**

Total claim

---

**4.13**

**Anamari dorgan**
Nonpriority Creditor's Name

**304 N. Salem Ave Unit 1 D**
Number       Street

**Arlington Hts.**         **IL**         **60005**
City                              State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?      2/18/16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 14

$ 6,300.00

---

**4.14**

**Andre and Latoya Wiggins**
Nonpriority Creditor's Name

**509 Leesburg St.**
Number       Street

**Oswego**         **IL**         **60543**
City                         State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?      3/28/16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 15

$ 3,600.00

---

**4.15**

**Andrew Schrepfer**
Nonpriority Creditor's Name

**604 Madison**
Number       Street

**La Grange**         **IL**         **60525**
City                         State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?      1/9/16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 5,000.00

---

| Debtor 1 | Paul R King | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims —Continuation Page** | |
|---|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.16**

**Andrzej Dziuban and Beata Piotrowska**
Nonpriority Creditor's Name

**3111 Paris Ave. Apt 207**
Number          Street

**River Grove          IL          60171**
City                          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___  ___  ___  ___

When was the debt incurred?    2/6/16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 16

$ 5,000.00

---

**4.17**

**Anton Skukan & Mare Skukan**
Nonpriority Creditor's Name

_____
Number          Street

_____
City                          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___  ___  ___  ___

When was the debt incurred?    10/1810

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 17

$ 10,000.00

---

**4.18**

**Batouz Tyszkiewicz**
Nonpriority Creditor's Name

**1913 W. Erie Unit 2**
Number          Street

**Chicago          IL          60622**
City                          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___  ___  ___  ___

When was the debt incurred?    3/11/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 18

$ 20,000.00

---

**Part 2:** **Your NONPRIORITY Unsecured Claims —Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim

---

### 4.19

**Benjamin Hernandez**
Nonpriority Creditor's Name

**9728 S. Mansfield Ave.**
Number     Street

**Oak Lawn**          **IL**          **60453**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?   11/19/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 19

$ 2,500.00

---

### 4.20

**Bessie Rahman**
Nonpriority Creditor's Name

**195 N. Harbor Drive**
Number     Street

**Chicago,**          **IL**          **60601**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?   3/12/14

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 20

$ 3,500.00

---

### 4.21

**Big Homes LLC**
Nonpriority Creditor's Name

**1658 N. Milwaukee Ave. Suite 502**
Number     Street

**Chicago**          **IL**          **60647**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?   8/18/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 6,000.00

---

Debtor 1   Paul R King
First Name   Middle Name   Last Name

Case number *(if known)*

## Part 2:   Your NONPRIORITY Unsecured Claims —Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

### 4.22

**Blue Cross Blue Shield Of Illinois**
Nonpriority Creditor's Name

**PO Box 3239**
Number        Street

**Naperville**        **IL**        **60566**
City        State        ZIP Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number**  8  7  –  3

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Insurance premium

$ 493.04

### 4.23

**BreAnne and Jeffrey Richter**
Nonpriority Creditor's Name

**7943 Cricklewood Dr.**
Number        Street

**Roscoe**        **IL**        **61073**
City        State        ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___

**When was the debt incurred?**  2/7/16

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify See Attachment 21

$ 11,500.00

### 4.24

**Candelaria & Arnulfo Guerro**
Nonpriority Creditor's Name

**First Capitalo Realtors 2708 W. Cermak Road**
Number        Street

**Chicago**        **IL**        **60608**
City        State        ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___

**When was the debt incurred?**  11/24/15

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify See Attachment 22

$ 2,760.00

Debtor 1    Case 16-21716   Doc 1   Filed 07/06/16   Entered 07/06/16 09:24:11   Desc Main
Paul R King
First Name    Middle Name    Last Name   Document   Page 37 of 196   Case number (if known)

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

### 4.25 Carmen Navarro
Nonpriority Creditor's Name

2327 S. 61st Ct.
Number   Street

Cicero    IL    60804
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? 1/7/15

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify See Attachment 23

$ 4,500.00

### 4.26 Cazim Music
Nonpriority Creditor's Name

1207 S. Old Wilke Rd # 107
Number   Street

Arlington Hts    IL    60005
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? 9/22/15

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify See Attachment 24

$ 5,700.00

### 4.27 Cedrick Hunter
Nonpriority Creditor's Name

Hunter Real Estate 6049 W. North Avenue
Number   Street

Oak Park    IL    60302
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? 3/4/16

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify See Attachment 25

$ 3,000.00

Debtor 1   Paul R Ring
           First Name   Middle Name   Last Name

Case number (if known) _____

## Part 2:   Your NONPRIORITY Unsecured Claims —Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

### 4.28

**Ciarria E. Alfred**
Nonpriority Creditor's Name

**521 St. Louis Ave Apt 1**
Number         Street

**Chicago          IL        60624**
City              State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?   2/18/16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 26

$ 2,550.00

### 4.29

**City of Chicago Department of finance**
Nonpriority Creditor's Name

**PO Box 88292**
Number         Street

**Chicago          IL        60680**
City              State     ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  0  6  4  0

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Parking tickets

$ 200.00

### 4.30

**Claudia Friedman**
Nonpriority Creditor's Name

**2458 Greenleaf Ave. #1**
Number         Street

**Chicago          IL        60645**
City              State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?   7/23/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 27

$ 2,500.00

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.31**

**Comcast**
Nonpriority Creditor's Name

**PO Box 802068**
Number    Street

**Dallas**    **TX**    **75380-2068**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   4   3   7   3

When was the debt incurred?    4/16/16

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **See Attachment 28**

$ 230.77

---

**4.32**

**Credit One Bank**
Nonpriority Creditor's Name

**P.O. Box 98873**
Number    Street

**Las Vegas**    **NV**    **89193**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   9   8   0   6

When was the debt incurred?    Ongoing

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Credit Card Charges**

$ 660.24

---

**4.33**

**Damian Ngo**
Nonpriority Creditor's Name

**4521 W. Pratt Ave**
Number    Street

**Lincolnwood**    **IL**    **60645**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   ___   ___   ___   ___

When was the debt incurred?    2/12/15

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **See Attachment 29**

$ 6,750.00

---

Debtor 1    Paul R King
First Name    Middle Name    Last Name    Case number (if known)

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

**4.34**

Daniel Goral
Nonpriority Creditor's Name

1322 Pfingston Rd.
Number        Street

Glenview          IL          60025
City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**    10/12/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 30

$ 3,500.00

**4.35**

Darsco Group Inc
Nonpriority Creditor's Name

279 Clifton
Number        Street

bolingbrook          IL          60440
City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**    2/16/16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 31

$ 2,610.00

**4.36**

Dilbagh Singh/Neeraj Singh
Nonpriority Creditor's Name

450 E. Watersid3e Dr. Unit 1905
Number        Street

Chicago          IL          60601
City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**    4/24/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 32

$ 14,100.00

Debtor 1    Paul R King
First Name    Middle Name    Last Name

Case number (if known)_____

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page | Total claim |
|---|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

---

**4.37**

Earnest Jones   c/o  Reuben Coleman
Nonpriority Creditor's Name

5200 S. Harper
Number        Street

Chicago                    IL
City                    State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?         _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 33

$ 3,750.00

---

**4.38**

Eleanor & Michael Leichenko
Nonpriority Creditor's Name

5000 Oakton St.
Number        Street

Skokie                IL        60077
City                    State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?      12/8/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 34

$ 20,000.00

---

**4.39**

Elizabeth Akinwale
Nonpriority Creditor's Name

3743 167th Place
Number        Street

Country Club Hills,        IL        60478
City                    State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?      2/26/16

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 35

$ 2,370.00

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims —Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.    **Total claim**

---

**4.40**

**Elmer Evangelista**
Nonpriority Creditor's Name

**1603 Central Parkway**
Number    Street

**Glenview**    **IL**    **60025**
City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $ **5,610.00**

When was the debt incurred?    **4/7/15**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **See Attachment 36**

---

**4.41**

**Enrique Pina**
Nonpriority Creditor's Name

**3531 W. 61st Place`**
Number    Street

**Chicago**    **IL**    **60629**
City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $ **6,250.00**

When was the debt incurred?    **1/28/16**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **See Attachment 37**

---

**4.42**

**Eric Bauman**
Nonpriority Creditor's Name

**561 Darlington Ln Unit 8**
Number    Street

**Crystal Lake**    **IL**    **60014**
City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $ **4,500.00**

When was the debt incurred?    **3/0/16**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **See Attachment 38**

---

Debtor 1     Paul R King
First Name   Middle Name   Last Name

Case number (if known) _____

**Part 2:** **Your NONPRIORITY Unsecured Claims —Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim**

### 4.43

Erika Valdez and Cesar D. Sanchez c/o Emilio Cruz
Nonpriority Creditor's Name

7020 W. higgins Ave.,
Number    Street

Chicago          IL          60656
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    3/25/16

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 39

$ 2,500.00

### 4.44

Evan Williams and Nubia Willman
Nonpriority Creditor's Name

1621 N. Mozart Apartment 1 S
Number    Street

Chicago          IL          60647
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    12/15/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 40

$ 8,400.00

### 4.45

Federico Romero
Nonpriority Creditor's Name

2243 Cottonwood Dr.
Number    Street

Elgin          IL          60123
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    6/23/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 41

$ 3,375.00

Debtor 1    Paul R King
First Name    Middle Name    Last Name

Case number (if known)_____

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

**4.46**

**Financial Pacific Leasing**
Nonpriority Creditor's Name

3455 S. 344th Way  # 300
Number        Street

Federal Way          WA          98001
City                                    State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**  _-_ _0_ _0_ _1_

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 42

$ 30,598.00

---

**4.47**

**Galina Patterson**
Nonpriority Creditor's Name

1104 Skokie Ridge Dr.
Number        Street

Glencoe          IL          60022
City                              State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___

**When was the debt incurred?**  12/8/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 43

$ 12,480.00

---

**4.48**

**George Daniel & Mayra C. Daniel**
Nonpriority Creditor's Name

238 Lisa Lane
Number        Street

Somonauk          IL          60552
City                              State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___

**When was the debt incurred?**  2/29/16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 44

$ 3,000.00

Debtor 1  Paul R King
First Name   Middle Name   Last Name   Case number (if known)

| Part 2: | Your **NONPRIORITY** Unsecured Claims —Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

**4.49**

**Gerardo Vega**
Nonpriority Creditor's Name

**1843 N. Kimball Ave Apt., 2**
Number        Street

**Chicago**            **IL**        **60647**
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?     9/22/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 45

$ 1,500.00

**4.50**

**Gordian Fund Lp**
Nonpriority Creditor's Name

**733 N. Milwaukee Ave**
Number        Street

**Libertyville**            **IL**        **60048**
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?     8/2015

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 46

$ 20,100.00

**4.51**

**Guillermo Pumaquero and Mariana Orellna**
Nonpriority Creditor's Name

**4641 W. Park Ave.,**
Number        Street

**Chicago**            **IL**        **60656**
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?     2/10/16

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 47

$ 3,000.00

Debtor 1  Paul R King
First Name   Middle Name   Last Name

Case number *(if known)*_____

## Part 2:   Your NONPRIORITY Unsecured Claims —Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

**4.52**

**Han Properties**
Nonpriority Creditor's Name

**600 N. cicero Suite 304**
Number   Street

**Chicago**      **Il**      **60646**
City         State      ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   11/13/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 48

$ 7,550.00

**4.53**

**Heather & Michael Terranova**
Nonpriority Creditor's Name

**936 Apple Drive**
Number   Street

**Schaumburg**      **il**      **60194**
City         State      ZIP Code

**Who incurred the debt? Check one.**

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   3/3/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 11,028.00

**4.54**

**Hector Lugo**
Nonpriority Creditor's Name

**2931 190th Place**
Number   Street

**Lansing,**      **IL**      **60438**
City         State      ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   12/29/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 3,400.00

Debtor 1    Paul R King
            First Name    Middle Name    Last Name

Case number (if known)_____

---

**Part 2:**   **Your NONPRIORITY Unsecured Claims —Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

---

**4.55**   Humberto & Maria Valazquez
           Nonpriority Creditor's Name

           3318 W. 65th Place
           Number       Street

           Chicago,          IL          60628
           City                State       ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   1/26/16

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  See Attachment 49

$ 2,500.00

---

**4.56**   Ignacio M. Rodriguez
           Nonpriority Creditor's Name

           9213 S. Kedvale
           Number       Street

           Oak Lawn          IL          60453
           City                State       ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   11/24/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  See Attachment 50

$ 3,000.00

---

**4.57**   Ireneusz Broz
           Nonpriority Creditor's Name

           636 S. Des Plaines River Road
           Number       Street

           Des Plaines          IL          60018
           City                State       ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   5/8/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  See Attachment 51

$ 2,500.00

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims —Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.    **Total claim**

---

**4.58**

Jaroslaw Antoniak/Pawal Tomasik
Nonpriority Creditor's Name

634 E. Independent Ct.
Number        Street

Arlington Hts.        IL        60005
City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    9/21/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 52

$ 5,475.00

---

**4.59**

Jason M. Palermo
Nonpriority Creditor's Name

1500 W. Chicago
Number        Street

Chicago        IL        60642
City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    2/5/16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 53

$ 5,000.00

---

**4.60**

Jeff & Tammy Gadonski
Nonpriority Creditor's Name

10132 Sweet Grass Circle
Number        Street

Monee        IL        60449
City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    11/23/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 54

$ 4,125.00

---

| Debtor 1 | Paul R King | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims —Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.61**

**Jenny Juliany and James Tang**
Nonpriority Creditor's Name

**1585 Cottonwood Dr.**
Number        Street

**Glenview**            **IL**        **60026**
City                    State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?   8/26/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 55

$ 9,300.00

---

**4.62**

**Jessica Manley**
Nonpriority Creditor's Name

**2248 N. Burling**
Number        Street

**Chicago**            **IL**        **60614**
City                    State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?   12/19/14

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 56

$ 18,000.00

---

**4.63**

**JGE Investments Properties, INC**
Nonpriority Creditor's Name

**22721 Marina Drive**
Number        Street

**Plainfield**            **IL**        **60585**
City                    State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?   2/5/16

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 57

$ 2,500.00

---

Debtor 1   Paul R Ring
First Name   Middle Name   Last Name   Case number (if known) _____

## Part 2:   Your NONPRIORITY Unsecured Claims —Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

### 4.64

**Jiazhao Chen**
Nonpriority Creditor's Name

**3809 S. Parnell Ave.**
Number        Street

**Chicago**            **IL**        **60609**
City                  State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**   1/14/15

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 58

$ 3,500.00

### 4.65

**Jie Wn and Xiaolu Zhang**
Nonpriority Creditor's Name

**1835 Tanglewood**
Number        Street

**Glenview**            **IL**        **60025**
City                  State      ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**   6/10/15

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 59

$ 2,000.00

### 4.66

**Jon Pearlman**
Nonpriority Creditor's Name

**345 N. LaSalle St.**
Number        Street

**Chicago,**            **IL**        **60654**
City                  State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**   2/23/16

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 60

$ 11,500.00

Debtor 1 ___Paul R King_____
First Name    Middle Name    Last Name

Case number *(if known)*_____

| | |
|---|---|
| **Part 2:** | **Your NONPRIORITY Unsecured Claims —Continuation Page** |

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.67**

Jonathan K Krasinski
Nonpriority Creditor's Name

1721 Chesapeake
Number          Street

Schaumburg          IL          60193
City                State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?    11/5/15

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  See Attachment 61

$ 5,000.00

---

**4.68**

Jonathan Wooding
Nonpriority Creditor's Name

925 N. Wolcott Ave.
Number          Street

Chicago          IL          60622
City                State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?    8/13/15

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  See Attachment 62

$ 10,000.00

---

**4.69**

Jose Luis Hernandez
Nonpriority Creditor's Name

C/O Diaz Homes Realty 5236 W. Fullerton
Number          Street

Chicago          IL          60647
City                State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?    2/4/16

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  See Attachment 63

$ 4,250.00

---

**Part 2:**　**Your NONPRIORITY Unsecured Claims —Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.70**

**Jose Raul Rosas**
Nonpriority Creditor's Name

7517 W. 57th St.
Number　Street

Summit　IL　60501
City　State　ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?　12/4/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 64

$ 5,000.00

---

**4.71**

**Jose Thomas and Ambily Cyriad**
Nonpriority Creditor's Name

5316 Lee Street
Number　Street

Skokie　IL　60077
City　State　ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?　10/17/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 65

$ 3,500.00

---

**4.72**

**Juan Diaz Lopez**
Nonpriority Creditor's Name

C/O Marth Martinez-Realty Executive 2625 w. butterfield Rd.
Number　Street

Oak Brook　IL　60523
City　State　ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?　7/8/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 66

$ 2,500.00

---

Debtor 1    Paul R King
_____
First Name    Middle Name    Last Name

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.73**

**Kamco Real Estate LLC**
Nonpriority Creditor's Name

**427 Euclid Ave.**
Number        Street

**Oak Park**          **IL**          **60302**
City                      State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?    8/15/14

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 67

$ 10,000.00

---

**4.74**

**KG Homes LLC**
Nonpriority Creditor's Name

**60 Orland Square Drive**
Number        Street

**Orland park**          **IL**          **60462**
City                        State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?    3/16/16

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 68

$ 3,500.00

---

**4.75**

**Khang Duy Nguyen**
Nonpriority Creditor's Name

**1828 Magnolia Ln**
Number        Street

**Mt. Prospect**          **IL**          **60056**
City                        State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?    1/25/16

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 69

$ 5,000.00

---

Debtor 1   Paul R Ring
First Name   Middle Name   Last Name

Case number (if known)_____

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.76**

**KN Housing LLC**
Nonpriority Creditor's Name

**5938 Prarie PO Box 14**
Number          Street

**Park Ridge**          **IL**          **60068**
City                    State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   9/29/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 70

$ 4,500.00

---

**4.77**

**Krushita Shaw**
Nonpriority Creditor's Name

**8864 Gregory Lane Apt C**
Number          Street

**Des Plaines**          **IL**          **60016**
City                    State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   10/5/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 71

$ 4,500.00

---

**4.78**

**Larry e. Rosenbaum**
Nonpriority Creditor's Name

**2637 Orrington Ave `**
Number          Street

**Evanston,**          **IL**          **60201**
City                    State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   11/5/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 72

$ 3,000.00

---

Debtor 1 **Paul R Ring**
First Name Middle Name Last Name Case number (if known)

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.79**

**Laura A Fisher and Kyle Lee Klepitch**
Nonpriority Creditor's Name

**915 Countryside Drive Unit 110**
Number        Street

**Palatine          IL          60067**
City                State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** 2/9/16

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify See Attachment 73

$ 6,450.00

---

**4.80**

**Liang Zhang**
Nonpriority Creditor's Name

**575 W. Madison St. Apt 3408**
Number        Street

**Chicago          IL          60661**
City                State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** 12/18/14

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify See Attachment 74

$ 12,000.00

---

**4.81**

**Lucyna Drazek**
Nonpriority Creditor's Name

**100 N. Fairway Ave.**
Number        Street

**Mount Prospect          IL          60056**
City                State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** 6/10/15

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify See Attachment 75

$ 7,250.00

---

Debtor 1    Paul R King
First Name    Middle Name    Last Name

Case number (if known)_____

---

**Part 2:    Your NONPRIORITY Unsecured Claims —Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

| 4.82 | M&A Builders | | Last 4 digits of account number ___ ___ ___ ___ | $ 4,500.00 |

**4.82**

M&A Builders
Nonpriority Creditor's Name

C/O Chris Lebiecki 7020 W. Higgins
Number    Street

Chicago            IL        60656
City                State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**    2/8/16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 76

---

**4.83**

Mack Industries
Nonpriority Creditor's Name

6820 Centennial Dr.
Number    Street

Tinley Park            IL        60477
City                State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 77

$ 1,500.00

---

**4.84**

Mahendrabhai V. Patel and Kamuben M. Patel
Nonpriority Creditor's Name

1706 A W. Vitoria Dr. Apt 2B
Number    Street

Mount Prospect        IL        60056
City                State    ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**    7/20/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 78

$ 5,250.00

---

| Debtor 1 | Paul R King | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Case number (if known) _____

## Part 2:    Your NONPRIORITY Unsecured Claims —Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim**

---

### 4.85

**Malcolm Blitz Holding**
Nonpriority Creditor's Name

1073 W. Elm Street
Number          Street

Palatine          IL          60067
City                       State       ZIP Code

$ 3,000.00

Last 4 digits of account number __ __ __ __

When was the debt incurred?    12/24/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 79

---

### 4.86

**Mallory Snitker**
Nonpriority Creditor's Name

125 Lemans Drive
Number          Street

Wheeling          IL
City                       State       ZIP Code

$ 3,000.00

Last 4 digits of account number __ __ __ __

When was the debt incurred?    12/28/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 80

---

### 4.87

**Marcia Compoverde**
Nonpriority Creditor's Name

3403 N. Kolmar Ave
Number          Street

Chicago          IL          60641
City                       State       ZIP Code

$ 3,000.00

Last 4 digits of account number __ __ __ __

When was the debt incurred?    3/7/16

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 81

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims —Continuation Page** |

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

**4.88**

Marcus Zaid
Nonpriority Creditor's Name

930 Blaze Trail
Number          Street

Wheeling          IL          60090
City          State          ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?      12/18/15

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 3,000.00

**4.89**

Marcy Real Estate
Nonpriority Creditor's Name

420 Cesar Drive
Number          Street

Barrington,          IL          60010
City          State          ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?      6/16/15

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 14,000.00

**4.90**

Maria Gonzalez
Nonpriority Creditor's Name

5112 W. Crystal
Number          Street

Chicago          IL          60651
City          State          ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?      3/9/16

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 82

$ 3,500.00

Debtor 1 ___Paul R King_____
      First Name    Middle Name      Last Name

Case number _(if known)_____

| Part 2: | **Your NONPRIORITY Unsecured Claims —Continuation Page** |

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.91**

**Maria Rodriguez**
Nonpriority Creditor's Name

Su Familia Real Estate 1517 S. Pulaski
Number     Street

Chicago      IL      60632
City           State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred? _3/22/16_

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _See Attachment 83_

$ 3,500.00

---

**4.92**

**Mark Briden**
Nonpriority Creditor's Name

545 N. State Street Unit 3707
Number     Street

Chicago      IL      60654
City           State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred? _2/18/16_

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _See Attachment 84_

$ 11,700.00

---

**4.93**

**Mark Rumbolt**
Nonpriority Creditor's Name

10605 Monroe Street Apt 3
Number     Street

Evanston      IL      60202
City           State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred? _11/5/2015_

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _See Attachment 85_

$ 5,400.00

---

Debtor 1   Paul R King

First Name    Middle Name     Last Name     Case number *(if known)*_____

## Part 2:   Your NONPRIORITY Unsecured Claims —Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.94**

**Martha Hernandez**
Nonpriority Creditor's Name

**3511 w. 58th Place**
Number    Street

**Chicago**     **IL**     **60607**
City       State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**   1/5/16

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify See Attachment 86

$ 4,500.00

---

**4.95**

**Martin and Maria G. Anaya**
Nonpriority Creditor's Name

**2049 W. 22nd Place**
Number    Street

**Chicago**     **IL**     **60608**
City       State     ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify See Attachment 87

$ 4,500.00

---

**4.96**

**Martin F. Rosa**
Nonpriority Creditor's Name

**1229 Atlas Lane**
Number    Street

**Naperville**     **IL**     **60540**
City       State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**   2/23/15

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify See Attachment 88

$ 1,700.00

---

Official Form 106E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**     page 34 of 84

Debtor 1   Paul R King
_____
First Name   Middle Name   Last Name   Case number *(if known)*_____

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.      Total claim

---

**4.97**

**Mateusz W. Jureczko**
Nonpriority Creditor's Name

German LLanos 1925 W. Chicago
Number          Street

Chicago          IL          60622
City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___      $ 7,005.00

When was the debt incurred?   11/13/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 89

---

**4.98**

**Matthew Dusckett**
Nonpriority Creditor's Name

560 S. Fifth Ave
Number          Street

DesPlaines          IL          60016
City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___      $ 4,500.00

When was the debt incurred?   6/18/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 90

---

**4.99**

**Maurice Anderson**
Nonpriority Creditor's Name

35 Elgin Ave.
Number          Street

Forest Park          IL          60130
City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___      $ 2,550.00

When was the debt incurred?   3/2/16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 91

---

Debtor 1 ___Paul R King_____
       First Name    Middle Name    Last Name

Case number (if known)_____

| | |
|---|---|
| **Part 2:** | **Your NONPRIORITY Unsecured Claims —Continuation Page** |

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.100**

Merrick Bank
Nonpriority Creditor's Name

P.O. Box 9201
Number        Street

Old Bethpage        NY        11804-9001
City            State        ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  0  8  4  9

When was the debt incurred?    Ongoing

As of the date you file, the claim is: Check that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Credit Card Charges

$ 884.95

---

**4.101**

Michael Melnyk    C/O Charles Rutenburg Realty
Nonpriority Creditor's Name

1733 Park Street Suit 150
Number        Street

Naperville        IL        60563
City            State        ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?    7/21/15

As of the date you file, the claim is: Check that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 92

$ 3,625.00

---

**4.102**

Mike Hapanionek Sr
Nonpriority Creditor's Name

1470 Oakwood Drive
Number        Street

Hanover Park        IL        60133
City            State        ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?    11/18/15

As of the date you file, the claim is: Check that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 93

$ 5,000.00

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims —Continuation Page** |

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

### 4.103

**Miximiano & Marisela De Real**
Nonpriority Creditor's Name

**317 E. Carpenter Dr.**
Number    Street

**Palatine**      **IL**      **60067**
City          State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   12/20/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 94

$ 2,600.00

### 4.104

**Mopal LLC**
Nonpriority Creditor's Name

**7061 W. Touhy Ave # 703**
Number    Street

**Niles,**      **IL**      **60714**
City          State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   11/17/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 95

$ 14,000.00

### 4.105

**Mopal LLC**
Nonpriority Creditor's Name

**7061 W. Touhy Ave. # 703**
Number    Street

**Niles**      **IL**      **60714**
City          State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   12/4/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 96

$ 12,500.00

Debtor 1   Paul R King

First Name   Middle Name   Last Name   Case number *(if known)*

**Part 2:   Your NONPRIORITY Unsecured Claims —Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

**4.106**

**MRJP Ventures LLC**
Nonpriority Creditor's Name

**6118 Roosevelt Road**
Number      Street

**Oak Park**          **IL**          **60302**
City                  State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?   9/3015

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  See Attachment 97

$ 10,000.00

---

**4.107**

**Murali Jalasutram**
Nonpriority Creditor's Name

**47 Chestnut Terrace**
Number      Street

**Buffalo Grove**          **IL**          **60089**
City                  State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?   1/31/16

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Earnest money deposit for 397 Rimini Ct.

$ 4,500.00

---

**4.108**

**Naveed H Elahi**
Nonpriority Creditor's Name

**344 E. Shady Pines Ct.**
Number      Street

**Palatine**          **IL**          **600067**
City                  State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?   1/28/16

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Earnest money deposit for 397 Rimini Ct.

$ 5,000.00

---

Debtor 1    Paul R King
            First Name    Middle Name    Last Name

Case number *(if known)*_____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims —Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.10** Nelcida Rodriguez
Nonpriority Creditor's Name

424 W. Diversey Parkway Apt  524
Number        Street

Chicago              IL          60614
City                       State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?   11/6/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 98

$ 1,000.00

---

**4.11** North Shore University Health System
Nonpriority Creditor's Name

23056 Network Place
Number        Street

Chicago              IL          60673
City                       State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  1  9  7  4

When was the debt incurred?   3/22/16

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Medical Services

$ 10,014.64

---

**4.11** Olga & Dimitry Ulman
Nonpriority Creditor's Name

1720 Highland Ave
Number        Street

Northbrook           IL          60062
City                       State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?   1/15/16

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 99

$ 7,500.00

---

Debtor 1    Paul R King
           First Name    Middle Name    Last Name

Case number (if known)_____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims —Continuation Page** |

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim**

---

**4.112**

**Olga Povoronznyuk & Yvacheslav Grachkov**
Nonpriority Creditor's Name

**20882 Birchlane**
Number      Street

**Deerfield,      IL      60015**
City                        State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    1/19/16

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 100

$ 5,610.00

---

**4.113**

**Paresh P. Vipani**
Nonpriority Creditor's Name

**1567 N. Haven Dr.**
Number      Street

**Palatine      IL      60074**
City                        State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    11/18/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 101

$ 15,100.00

---

**4.114**

**Patricia K. Furman**
Nonpriority Creditor's Name

**1920 Waukegan Rd. Suite 202**
Number      Street

**Glenview      IL      60025**
City                        State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    9/29/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 102

$ 8,000.00

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1    Paul R King

First Name    Middle Name    Last Name    Case number (if known)

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---------|-------------------------------------------------------|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.    **Total claim**

**4.115**

**Patrick Boyle**
Nonpriority Creditor's Name

**7266 N. rogers Ave.**
Number    Street

**Chicago**    **IL**    **60645**
City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    **8/17/15**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  See Attachment 103

$ 6,765.00

**4.116**

**Penelope Rose Properties**
Nonpriority Creditor's Name

**PO Box 958474**
Number    Street

**Hoffman Estates,**    **IL**    **60195**
City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    **1/26/16**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  See Attachment 104

$ 1,710.00

**4.117**

**Petrulis Corporation**
Nonpriority Creditor's Name

**325 Central Avenue**
Number    Street

**Willowbrook**    **IL**    **60527**
City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    **3/19/16**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  See Attachment 105

$ 3,000.00

Debtor 1    Paul R King

First Name    Middle Name    Last Name    Case number (if known)

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

---

**4.118**

**Polymathic Properties/Greg Owen**
Nonpriority Creditor's Name

**707 aldridge Rd. Suite B**
Number        Street

**Vacaville**              **CA**        **95688**
City                      State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        $ 4,200.00

When was the debt incurred?    11/30/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 106

---

**4.119**

**Priscilla James--Re Do Properties**
Nonpriority Creditor's Name

**1805 S. 55st Ave. First Floor**
Number        Street

**Cicero**              **IL**        **60804**
City                    State        ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        $ 5,000.00

When was the debt incurred?    1/7/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 107

---

**4.120**

**Rafael Arcos and Luz Arcos**
Nonpriority Creditor's Name

**3416 N. Keldare ave**
Number        Street

**Chicago**              **IL**        **60641**
City                     State        ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        $ 3,500.00

When was the debt incurred?    3/14/16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 108

---

| Debtor 1 | | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

### 4.121

**Randy Barone**
Nonpriority Creditor's Name

**4543 W. Addison**
Number          Street

**Chicago**          **IL**          **60641**
City                    State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?     **9/7/15**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 109

$ 5,000.00

### 4.122

**Real Estate Company**
Nonpriority Creditor's Name

**Glen Gaode 514 W. Farwell**
Number          Street

**Skokie**          **IL**          **60077**
City                    State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?     **7/22/15**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 110

$ 4,300.00

### 4.123

**Rifkin Investments**
Nonpriority Creditor's Name

**6777 N. Milwaukee Ave**
Number          Street

**Niles**          **IL**          **60714**
City                    State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?     **9/9/15**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 111

$ 5,000.00

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**

**Total claim**

---

**4.124**

**Robbie Multrie**
Nonpriority Creditor's Name

**155 N. Long Ave**
Number     Street

**Chicago**L     IL     60644
City     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   2/8/16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 112

$ 2,000.00

---

**4.125**

**Ryszard Surdel**
Nonpriority Creditor's Name

**10220 S. 88th Ct.**
Number     Street

**Palos Hills**     IL     60465
City     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   3/2/16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 113

$ 3,000.00

---

**4.126**

**Salma Bhatti**
Nonpriority Creditor's Name

**3701 Greenleaf St.**
Number     Street

**Skokie**     IL     60076
City     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   9/14/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 114

$ 2,500.00

---

Debtor 1  __Paul R King_____
First Name   Middle Name   Last Name

Case number *(if known)*_____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims —Continuation Page** |

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.127**

**Sameena Khalfan**
Nonpriority Creditor's Name

PO Box 2215
Number        Street

Palatine          IL          60078
City              State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?   11/13/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 115

$ 5,000.00

---

**4.128**

**Sameerah Miller**
Nonpriority Creditor's Name

818 S. Austin Blvd. Apt 2E
Number        Street

Oak Park          IL          60304
City              State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?   3/22/16

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 3,000.00

---

**4.129**

**Saul Borges and Rocio Mendes**
Nonpriority Creditor's Name

1720 S. Michigan Ave. Apt. 917
Number        Street

Chicago          IL          60616
City              State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?   7/7/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 116

$ 5,000.00

---

Debtor 1    Paul R King
First Name    Middle Name    Last Name

Case number (if known)_____

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

**4.130**

SB-WRA, LLC
Nonpriority Creditor's Name

James Paines 5580 La Jolla Blvd, # 67
Number    Street

La Jolla            CA        92037
City            State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    11/24/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 117

$ 4,000.00

---

**4.131**

Sean Feron
Nonpriority Creditor's Name

57 E. Delaware Pl Suite 1101
Number    Street

Chicago            IL        60611
City            State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    4/24/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 118

$ 34,500.00

---

**4.132**

Select Acquisitions
Nonpriority Creditor's Name

8050 N. 19th ave Unit 212
Number    Street

Phoenix            AZ        85021
City            State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    4/22/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 119

$ 3,500.00

---

Debtor 1   Paul R King
           First Name   Middle Name   Last Name                              Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.        **Total claim**

---

**4.13** 3  **Sheila M. Daly**
Nonpriority Creditor's Name

6014 S. Peck Ave
Number        Street

La Grange Highlands IL          60525
City                           State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  __  __  __  __

When was the debt incurred?     12/22/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 120

$ 4,500.00

---

**4.13** 4  **Sohrab Samsami & Nafiseh Tabatabai**
Nonpriority Creditor's Name

3420 Winnetka Rd
Number        Street

Glenview              IL       60026
City                  State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  __  __  __  __

When was the debt incurred?     12/11/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 121

$ 10,000.00

---

**4.13** 5  **Sterling Garde**
Nonpriority Creditor's Name

3232 N. Halsted D 404
Number        Street

Chicago               IL       60657
City                  State    ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  __  __  __  __

When was the debt incurred?     2/9/16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 122

$ 15,000.00

---

Debtor 1    Paul R King
            First Name    Middle Name    Last Name    Case number (if known)

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.    **Total claim**

### 4.135

**Sun Woo Kang**
Nonpriority Creditor's Name

**1542 Heather Ct. Apt 2 A**
Number          Street

**Wheeling          IL          60090**
City                        State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    12/9/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 123

$ 12,750.00

### 4.136

**Surinder Chandi**
Nonpriority Creditor's Name

**Regency Lane Poperties 740 W. Army Trail Road, Suite 260**
Number          Street

**Carol Stream          IL          60188**
City                        State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    11/20/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 124

$ 6,050.00

### 4.137

**Tadeusz Lupinski/Mitch Gundognon**
Nonpriority Creditor's Name

**425 W. North Avenue**
Number          Street

**Chicago          IL          60610**
City                        State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    12/5/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 125

$ 5,000.00

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.    **Total claim**

---

**4.139**

**Thomas and Susan Smith**
Nonpriority Creditor's Name

**927 N. Lombard**
Number    Street

**Oak Park**            **IL**            **60302**
City            State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 126 _____

$ 8,400.00

---

**4.140**

**Thomas Chorah**
Nonpriority Creditor's Name

**2452 Fontana Drive**
Number    Street

**Glenview**            **IL**            **60025**
City            State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    3/9/16

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 127 _____

$ 2,500.00

---

**4.141**

**Thomas J. Wilda**
Nonpriority Creditor's Name

**5520 N. California Ave**
Number    Street

**Chicago**            **IL**            **60626**
City            State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 128 _____

$ 3,600.00

---

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.142**

**Tim Dancy**
Nonpriority Creditor's Name

**PO Box 2183**
Number    Street

**Chicago**      **IL**      **60690**
City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    8/11/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 1,800.00

---

**4.143**

**Tomasz Drewnowski**
Nonpriority Creditor's Name

**8143 Marion Drive**
Number    Street

**Justice**      **IL**      **60458**
City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    12/18/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 129

$ 4,500.00

---

**4.144**

**Tricia Cho**
Nonpriority Creditor's Name

**621 Ashton Ln.**
Number    Street

**South elgin**      **IL**      **60177**
City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    6/18/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 130

$ 3,000.00

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims —Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim**

**4.145**

**Ulf Linqwister & Nguyet Lindqwister**
Nonpriority Creditor's Name

**4322 W. Longmeadow Ct.**
Number        Street

**Peoria**          **IL**        **61615**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 18,150.00

---

**4.146**

**Union City Financial LLC**
Nonpriority Creditor's Name

**947 Garfield**
Number        Street

**Oak Park**          **IL**        **60304**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  3/10/16

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 131

$ 3,500.00

---

**4.147**

**Vad Industries LLC**
Nonpriority Creditor's Name

**3140 Harrison Ave**
Number        Street

**Brookfield**          **IL**        **60513**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  11/23/14

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 132

$ 2,610.00

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

**4.148**

Veronica Flores
Nonpriority Creditor's Name

953 Ashland Ave
Number        Street

Chicago        IL        60622
City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 133

$ 4,200.00

**4.149**

Verve
Nonpriority Creditor's Name

_____
Number        Street

_____
City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  0  9  3  7

When was the debt incurred?    Ongoing

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Credit Card Charges

$ 650.98

**4.150**

Vicente Muniz  c/o Juiniors Colors
Nonpriority Creditor's Name

1011 N. 17th Ave.
Number        Street

Melrose Pk.,        IL        60160
City        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    3/2/16

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 134

$ 2,340.00

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

### 4.151

**Vikeing Property Partners**
Nonpriority Creditor's Name

1411 Mc Henry Road Suite 226
Number          Street

Buffalo Grove          IL          60689
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   12/16/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 135

$ 2,500.00

### 4.152

**Viking Property Partners**
Nonpriority Creditor's Name

141 Mc Henry Rd Suite 226
Number          Street

Buffalo Grove          IL          60089
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   12/16/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 136

$ 2,500.00

### 4.153

**Viking Property Partners**
Nonpriority Creditor's Name

1411 Mc Henry rd.  Suite 226
Number          Street

Buffalo Grove          IL          60089
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   6/19/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 137

$ 4,000.00

Debtor 1 ___Paul R King___
First Name    Middle Name    Last Name

Case 16-21716   Doc 1   Filed 07/06/16   Entered 07/06/16 09:24:11   Desc Main
Document    Page 80 of 196
Case number (if known)_____

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.154**

**Viking Property Partners**
Nonpriority Creditor's Name

1411 Mc Henry Rd. Suite 226
Number    Street

Buffalo Grove ___ IL ___ 60089
City    State    ZIP Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred? __7/7/15__

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify See Attachment 138

$ 2,500.00

---

**4.155**

**Viking Property Partners**
Nonpriority Creditor's Name

1411 Mc Henry Rd Suite 226
Number    Street

Buffalo Grove ___ IL ___ 60089
City    State    ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred? __12/16/15__

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify See Attachment 139

$ 5,000.00

---

**4.156**

**Viking Property Partners**
Nonpriority Creditor's Name

1411 Mc Henry Rd. Suite 226
Number    Street

Buffalo Grove ___ IL ___ 60089
City    State    ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred? __12/16/15__

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify See Attachment 140

$ 8,000.00

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims —Continuation Page** |

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

### 4.157

**Vima Real Estate**
Nonpriority Creditor's Name

**32 Olympic Dr.**
Number        Street

**South Barrington   IL      60010**
City                State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   11/19/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _See Attachment 141_____

$ 10,000.00

### 4.158

**Vince Tinc**
Nonpriority Creditor's Name

**6522 Richmond Inc 2201 W. Roscoe**
Number        Street

**Chicago           IL      60616**
City                State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$ 10,000.00

### 4.159

**Vincent Dyer  c/o TD Homes**
Nonpriority Creditor's Name

**380 e. St. Charles Road**
Number        Street

**Lomberd          IL      60148**
City                State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   3/4/16

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _See Attachment 142_____

$ 3,000.00

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.      **Total claim**

---

**4.160**

**Waldemar Widmski**
Nonpriority Creditor's Name

**6357 Lockwood**
Number    Street

**Chicago**      **IL**      **60638**
City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 12/28/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 143

$ 4,500.00

---

**4.161**

**Wesley A. Brown**
Nonpriority Creditor's Name

**145 N. Marion**
Number    Street

**Bartlett**      **IL**      **60103**
City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 11/5/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 144

$ 6,050.00

---

**4.162**

**William c. Scott**
Nonpriority Creditor's Name

**10114 S. Oakley Ave.**
Number    Street

**Chicago**      **IL**      **60643**
City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 2/20/16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 145

$ 7,500.00

---

Debtor 1 _____

First Name    Middle Name    Last Name

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

**4.163**

**Witold Drozd**
Nonpriority Creditor's Name

**6674 W. Albion Ave**
Number        Street

**Niles**                    **IL**            **60714**
City                         State      ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  10/5/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 146

$ 10,000.00

**4.164**

**Yousif S. Yousuf**
Nonpriority Creditor's Name

**6418 N. Richmond St. Apt 1 A**
Number        Street

**Chicago**                  **IL**            **60645**
City                         State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  8/26/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 147

$ 3,450.00

**4.165**

**Zaharie & Maria Stremtan**
Nonpriority Creditor's Name

**1138 Wayne Ave.**
Number        Street

**Deerfield**                **IL**            **60015**
City                         State      ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  2/29/16

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 148

$ 2,160.00

Debtor 1 ___Paul R King___
       First Name   Middle Name   Last Name

Case 16-21716   Doc 1   Filed 07/06/16   Entered 07/06/16 09:24:11   Desc Main
                        Document   Page 84 of 196
Case number (if known)_____

**Part 2:    Your NONPRIORITY Unsecured Claims —Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                     Total claim

---

**4.166**

Zighereda Shannon
Nonpriority Creditor's Name

PO Box 2106
Number     Street

Sugar Land          TX          77487
City                State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___      $ 1,250.00

**When was the debt incurred?**    1/15/16

**As of the date you file, the claim is:** Check that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify See Attachment 149

---

**4.167**

Nonpriority Creditor's Name

Number     Street

City                State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___      $ _____

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

**4.168**

Nonpriority Creditor's Name

Number     Street

City                State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___      $ _____

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

Debtor 1    Paul R King
First Name    Middle Name    Last Name

Case number (if known)

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| | |
|---|---|
| Olga Sapozhnikov<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Gold & Azen Realty<br>Number    Street | Line 4.1 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| 785 S. Buffalo Grove Rd | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Buffalo Grove, IL 60089<br>City    State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| Vanessa Seller<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| 120 S. Riverside Plaza<br>Number    Street | Line 4.1 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Chicago, IL 60606<br>City    State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| Joseph F Nery<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| 4258 W. 63rd St.<br>Number    Street | Line 4.2 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Chicago, IL 60629<br>City    State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| Ublado Garcia<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| ERA Mi Casa<br>Number    Street | Line 4.2 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| 3958 W. 55th St. | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Chicago, IL 60632<br>City    State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| Al Rodriquez<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Beaulieu Real Estate<br>Number    Street | Line 4.4 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| 5341 W. Belmonte | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Chicago, IL 60641<br>City    State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| David Gorr<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| 2537 N. Kedzie<br>Number    Street | Line 4.4 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Chicago, IL 60641<br>City    State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| Igor Gromov<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| 1020 Milwaukee Ave.<br>Number    Street | Line 4.5 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| Suit 101 | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Deerfield, IL 60015<br>City    State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

Debtor 1    Paul R King
_____
First Name    Middle Name          Last Name          Case number (if known)_____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Vera Filimonov
_____
Name

Terra Property Group
_____
Number      Street

2118 Brandywyn Ln
_____

Buffalo Grove, IL 60089
_____
City                              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.5 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Estella Unzuetz
_____
Name

115 W. Main St.
_____
Number      Street

Bensenville, IL 60126
_____
City                              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.6 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Andre L Jackson
_____
Name

2450 St. Andrews Dr.
_____
Number      Street

Olympia Fields, IL 60461
_____
City                              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.8 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Luis Ortiz
_____
Name

Remax Partners
_____
Number      Street

6420 Cermak Road
_____

Berwyn, IL 60402
_____
City                              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.9 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Arvid Shah--Oakton Real Estate
_____
Name

1585 Ellinwood
_____
Number      Street

Suite 107
_____

Des Plaines, IL 60016
_____
City                              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.10 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Luis Casanova
_____
Name

United Progress
_____
Number      Street

2803 W. Jackson Blvd
_____

Chicago, IL 60612
_____
City                              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.11 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Allyn Rawling
_____
Name

BHHS Koenig Rubloff
_____
Number      Street

980 N. Michigan Ave.
_____

Chicago, IL 60611
_____
City                              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.12 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**Part 3:** List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Kathy Widuch
Name

208 Wisner Park
Number    Street

Park ridge, IL 60068
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.12 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

David Guggenheim
Name

Axis Realty
Number    Street

6645 N. Oliphant

Chicago, IL 60631
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.13 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Mary Minter
Name

Minter Realty Group
Number    Street

1 Westbrook Corporate Center

Westchester, IL 60154
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.14 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Robert O'Connor
Name

118 S. Commonwealth Ave
Number    Street

Aurora, IL 60506
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.14 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Charles Rutenberg
Name

1733 mPark Street
Number    Street

Naperville,, IL 60563
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.15 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Cindy O'Keefe
Name

9014 Hillgrove
Number    Street

La Grange, IL 60525
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.15 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Iona Kapustica
Name

5201 N. Harlem Ave
Number    Street

Chicago, IL 60642
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.16 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Debtor 1   __Paul R King_____
    First Name    Middle Name    Last Name

Case number (if known)_____

**Part 3:** **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Katerine Sak**
Name

Number     Street

City     State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.16** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Adam Lysinski**
Name

**4418 N. Milwaukee**
Number     Street

**Chicago, IL 60630**
City     State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.18** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Sam Shaffer**
Name

**1429 W. Grand Ave**
Number     Street

**Chicago, IL 60642**
City     State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.18** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Amerimax RE Partners/Joel Mandujano**
Name

**4169 S. Archer**
Number     Street

**Chicago, IL 60629**
City     State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.19** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Luis Martinez**
Name

**4111 W. 63rtd St.**
Number     Street

**Chicago, IL 60632**
City     State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.19** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Scott Dixon**
Name

**Koenig Rubloff**
Number     Street

**900 N. Michigan Ave, Suite 800**

**Chicago, IL 60611**
City     State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.20** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Connie Abels**
Name

**Re/Max**
Number     Street

**6208 N. Broadway**

**Chicago, IL  60660**
City     State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.21** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Debtor 1   Paul R King
         First Name   Middle Name   Last Name

Case number (if known) _____

## Part 3:   List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| | |
|---|---|
| Nicole Thomas  Properties<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| 1586 N. Clyborn<br>Number      Street | Line 4.23 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Chicago, IL  60642<br>City            State        ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| Gerald Fuentes<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Hometown Real Estate<br>Number      Street<br>7700 W. Belmont Ave | Line 4.25 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured<br>Claims |
| Chicago, Illinois 60634<br>City            State        ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| Robert Cheeley<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| 6446 w. cermak road<br>Number      Street | Line 4.25 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured<br>Claims |
| Berwyn, IL 60402<br>City            State        ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| Charle Nacw<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| 237 N. Mc Lean Blvd<br>Number      Street | Line 4.26 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured<br>Claims |
| Elgin, IL  60123<br>City            State        ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| Enrique Rios<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| 60 S. Grove Ave<br>Number      Street | Line 4.26 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured<br>Claims |
| Elgin, IL 60120<br>City            State        ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| John Ferrentino<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| 8409 W. Cermak<br>Number      Street | Line 4.27 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured<br>Claims |
| North Riverside, IL 60<br>City            State        ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| John Aylesworth<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| 125 S. Wacker Dr.<br>Number      Street<br>Suite 300 | Line 4.28 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured<br>Claims |
| Chicago, IL 60606<br>City            State        ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

Debtor 1   Paul R King
First Name   Middle Name   Last Name

Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Patty Melgar hooks
Name

1011 South boulevard
Number   Street

OAK PARK, IL 60302
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.28 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Avian Realty-Shaji Nirappil
Name

Number   Street

City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.34 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Waldemar Wyszynski
Name

Number   Street

City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.34 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Gail Dudicek
Name

Real People Realty, Inc
Number   Street

9981 W 190th St.

Mokena, IL 60448
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.35 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Joseph Kostek
Name

10201 W. Lincoln Highway
Number   Street

Frankfort

IL, 60423
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.35 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Arden Baranowski
Name

8 s. Michigan Ave
Number   Street

Suite 2800

Chicago, IL 60603
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.36 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Joseph Lazara
Name

7246 W. Touhy Ave
Number   Street

Chicago, IL 60631
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.36 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Debtor 1    Paul R King
           First Name    Middle Name    Last Name                    Case number (if known)

## Part 3:    List Others to Be Notified About a Debt That You Already Listed

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| | |
|---|---|
| **Bennett R. Klasky** <br> Name | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| **555 Skokie Blvd.** <br> Number    Street | Line 4.38 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 500** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Northbrook, IL 60062** <br> City    State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| **David Zuperku-Shy High Real Estate** <br> Name | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| **6600 N. Lincoln avel** <br> Number    Street | Line 4.38 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 234** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Lincolnwood, Illinois 60712** <br> City    State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| **Miles & Assoc.** <br> Name | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| **25 w. Washington** <br> Number    Street | Line 4.39 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 220** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Chicago, Il 60601** <br> City    State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| **MRL Realty-Asezat Shewu** <br> Name | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| **343 N.  Wood Dale Rd.** <br> Number    Street | Line 4.39 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims |
| | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Wood Dale, IL 60191** <br> City    State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| **Felicia M. Di Giovanni** <br> Name | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| **710 W. North Avenue** <br> Number    Street | Line 4.40 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims |
| | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Chicago, IL  60607** <br> City    State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| **Jaceb Michalkiewicz** <br> Name | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| **Coldwell Banker** <br> Number    Street | Line 4.40 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims |
| **1242 Eola Rd, Unit F** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Aurora, IL 60502** <br> City    State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| **James Gallagher** <br> Name | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| **Second Federal** <br> Number    Street | Line 4.41 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims |
| **3960 W. 26th St.** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Chicago, IL  60623** <br> City    State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

Debtor 1 **Paul R King**
First Name   Middle Name   Last Name

Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Louis Klessling**
Name

**7480**
Number      Street

**Prescott Lane**

**Countryside, IL 60525**
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.41** of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Victoria I. Perez**
Name

**4146 W. Lincoln Avenue**
Number      Street

**Chicago, IL 60618**
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.43** of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Charles E. Nave**
Name

**237 N. Mc Lean Blvd.**
Number      Street

**Elgin, IL 60123**
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.45** of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Agnes Pogorzelski**
Name

**7443 W. Irving Park Rd**
Number      Street

**Suite 1 W**

**Chicago, IL 60634**
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.49** of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Martin Rojas**
Name

**7062 W. Belmont ave.,**
Number      Street

**Chicago, IL 60634**
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.49** of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Ryan Walsh`**
Name

**Home Smart Realty**
Number      Street

**18305 Distinctive Drive**

**Orland Park IL**
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.50** of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Osbaldo Perez**
Name

**Chicagoland Brokers**
Number      Street

**5151 N. Harlem Ave**

**Chicago, IL 60656**
City                State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.51** of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Debtor 1    Paul R King
First Name    Middle Name    Last Name    Case Number (if known)

## Part 3:    List Others to Be Notified About a Debt That You Already Listed

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

Patricia Gutierrez
Name

5716 West Lawrence Avenue
Number    Street

Chicago, IL 60630
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.51 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Jeff Proctor
Name

1596 N. Clyborne
Number    Street

Chicago, IL
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.53 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Salvador Lopez
Name

5 S. Wabash
Number    Street

Suite 191

Chicago, IL 60603
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.54 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Victoria Magana
Name

Number    Street

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.54 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Armando Almazan
Name

3743 W. 26th Street
Number    Street

Chicago, IL 60623
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.55 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Azteca Homes, Inc/Jose Roman
Name

5938 S/. Pulaski
Number    Street

Chicago, IL 60629
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.55 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Jason W. Hammer
Name

800 E. Northwest Highway
Number    Street

Suite 109 S

Palatine,, IL 60074
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.56 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Debtor 1    Paul R King
First Name    Middle Name    Last Name    Case number (if known)

## Part 3:    List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Jose Jiminez
Name

Heart of Chicago Real Estate
Number    Street

2058 W. 18th St

Chicago, IL 60608
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.56 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

American Realty-Anya Dukzik
Name

6948 W. Higgins
Number    Street

Chicago, IL 60656
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.57 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Waldemar Wyszynski
Name

2500 Devon Ave.
Number    Street

Suite 307

Des Plaines, IL 60018
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.57 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Joanna Zatorska
Name

Hometown Realty
Number    Street

7700 Belmont Ave

Chicago, IL 60634
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.58 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Kathy Sak
Name

7720 W. Touhy
Number    Street

Chicago, IL 60631
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.58 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Michael Castaldo
Name

1220 N. National Ave.
Number    Street

Addison, IL 60101
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.59 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Martello Realty Group
Name

5119 W 159th St.
Number    Street

Suite 1 W

Oak forest, IL 60452
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.60 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| | |
|---|---|
| John Lovestrand<br>Name | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| 30 Green Bay Road<br>Number   Street | Line 4.62 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Winettka, IL 60093<br>City   State   ZIP Code | **Last 4 digits of account number** __ __ __ __ |

| | |
|---|---|
| Thad Wong<br>Name | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| 618 W. fulton<br>Number   Street | Line 4.62 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Chicago, Il 60661<br>City   State   ZIP Code | **Last 4 digits of account number** __ __ __ __ |

| | |
|---|---|
| Joseph J. Klein<br>Name | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| 2250 Golf Road<br>Number   Street<br>Suite 250 | Line 4.63 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Rolling Meadows, IL  60008<br>City   State   ZIP Code | **Last 4 digits of account number** __ __ __ __ |

| | |
|---|---|
| Maria Munoz-Keller  Williams<br>Name | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| 939 W. North Ave<br>Number   Street<br># 750 | Line 4.63 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Chicago, IL 60641<br>City   State   ZIP Code | **Last 4 digits of account number** __ __ __ __ |

| | |
|---|---|
| Roger Tsang<br>Name | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| 2912 S. Wentworth Ave<br>Number   Street | Line 4.64 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Chicago, IL 60616<br>City   State   ZIP Code | **Last 4 digits of account number** __ __ __ __ |

| | |
|---|---|
| Mike Bonaguro<br>Name | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| 1234 Oak Avenue<br>Number   Street | Line 4.65 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Evanston, IL 60202<br>City   State   ZIP Code | **Last 4 digits of account number** __ __ __ __ |

| | |
|---|---|
| Yuanda Zhang<br>Name | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| colewell Banker<br>Number   Street<br>1420 Waukegan Road | Line 4.65 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Glenview, IL 60025<br>City   State   ZIP Code | **Last 4 digits of account number** __ __ __ __ |

Debtor 1   Paul R King
_____
First Name   Middle Name   Last Name

Case number (if known)_____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Randy Boyer
_____
Name

Zucker & Boyer Ltd.
_____
Number       Street

See Attachment 150
_____

Wilmette, IL 60091
_____
City       State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.66 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Kimberley Thompson
_____
Name

Century 21 First Class Homes
_____
Number       Street

734 E. Schaumburg Rd.
_____

Schaumburg, IL 60094
_____
City       State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.67 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Marco Mejia
_____
Name

Lucid Realty
_____
Number       Street

1858 W. Erie
_____

Chicago, IL 60622
_____
City       State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.68 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Albert Xiques PC
_____
Name

5045 N. Harlem Ave
_____
Number       Street

Chicago, Illinois 60656
_____
City       State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.69 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Joseph F. Nery
_____
Name

4258 W. 63rd St.
_____
Number       Street

Chicago, IL 60629
_____
City       State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.70 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Ubaldo Garcia
_____
Name

3958 W. 55th Street
_____
Number       Street

Chicago, IL 60632
_____
City       State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.70 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Avian Realty-Shaji Nirappil
_____
Name

338 S. Lawford Ct
_____
Number       Street

Bloomindale, il 60108
_____
City       State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.71 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

## Part 3:  List Others to Be Notified About a Debt That You Already Listed

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Shijo Mullappalil
Name

Number    Street

City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.71 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Michale Woodward
Name

Westbrook Coprporate Center
Number    Street

Westchester,, IL 60154
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.72 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Simon edelstein
Name

939 Grace
Number    Street

Chicago, IL 60610
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.75 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Marco Cesario
Name

425 W. North Avenue
Number    Street

Chicago, IL 60610
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.76 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Michael Balourdos
Name

535 N. Michigan Ave
Number    Street

Suite 200

Chicago, IL 60611
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.76 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Joe Delaney
Name

11 Dunton
Number    Street

Arlington Hts., IL 60005
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.79 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Kathy Burkulis
Name

808 N. Arlington Hts. Rd
Number    Street

Arlington Hts., IL 60004
City          State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.79 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Debtor 1   Paul R King
First Name   Middle Name   Last Name

Case number (if known) _____

## Part 3:   List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| | |
|---|---|
| Luminita Ispas<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Century 21 SGR<br>Number   Street | Line 4.80 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| 1161 W. Madison | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Chicago, IL ypy07<br>City   State   ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| Mark Loza<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| 2500 E. Devon Ave<br>Number   Street | Line 4.82 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| | ☒ Part 2: Creditors with Nonpriority Unsecured<br>Claims |
| Des Plaines, IL 60018<br>City   State   ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| Hometown Realty<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| 7700 W. Belmonte Ave<br>Number   Street | Line 4.84 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| | ☒ Part 2: Creditors with Nonpriority Unsecured<br>Claims |
| Chicago, IL 60656<br>City   State   ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| Chris Nudo<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| 1250 Larkin Ave.<br>Number   Street | Line 4.85 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| Suite 10 | ☒ Part 2: Creditors with Nonpriority Unsecured<br>Claims |
| Elgin, IL 60123<br>City   State   ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| Kathleen Yates<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Carriage Way Real Estate Group<br>Number   Street | Line 4.85 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| 1185 Heather Lane | ☒ Part 2: Creditors with Nonpriority Unsecured<br>Claims |
| Palatine, IL 60067<br>City   State   ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| Ann Hagerty<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| 75 East Crystal Lake Avenue<br>Number   Street | Line 4.86 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| | ☒ Part 2: Creditors with Nonpriority Unsecured<br>Claims |
| Crystal Lake, IL 60014<br>City   State   ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| Vincent Viverito<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Coldwell Banker<br>Number   Street | Line 4.86 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| 1457 W. Belmont | ☒ Part 2: Creditors with Nonpriority Unsecured<br>Claims |
| Chicago, IL 60657<br>City   State   ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

Debtor 1  Paul R King
         First Name   Middle Name   Last Name

Case number (if known)

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

Frank Rodriquez
Name

2753 N. Kedzie Ave.
Number        Street

Chicago, IL  60647
City                     State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.87 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Katerezyna Kaminska
Name

Century 21 SGR
Number        Street

1161 W. Madison

Chicagbo, IL 60607
City                     State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.88 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☒ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number ___ ___ ___ ___

---

Marc W. Surgis
Name

7366 N. Lincoln Avenue
Number        Street

Suite 08

Lincolnwood,, IL 60712
City                     State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.88 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☒ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number ___ ___ ___ ___

---

RE?Max Barrington
Name

Shannon Dalrymple
Number        Street

306 W. Northwest highway

Barrington, IL 60010
City                     State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.89 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☒ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number ___ ___ ___ ___

---

Albert Xiques PC
Name

5045 N. Harlem Ave
Number        Street

Chicago, IL 60656
City                     State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.90 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☒ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number ___ ___ ___ ___

---

Juan Moxthe
Name

Realty of Chicago
Number        Street

6619 W. Cermak Road

Berwyn, IL 60402
City                     State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.90 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☒ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number ___ ___ ___ ___

---

Antonio Villa-Kale Realty
Name

542 W. Roosevelt Road
Number        Street

Chicago, IL  60607
City                     State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.94 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☒ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number ___ ___ ___ ___

---

Debtor 1   **Paul R King**
          First Name    Middle Name          Last Name

Case number (if known)

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---------|---------------------------------------------------------------|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

**John Ferrentino**
Name

Number       Street

City              State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.94** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Julio Tellez**
Name

**2342 N. Damen Ave**
Number       Street

**Chicago, IL 60647**
City              State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.95** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Victor Tierrafria**
Name

**3431 N. Harlem Ave**
Number       Street

**Chicago, IL 60634**
City              State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.95** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Jack Peterson**
Name

**Chase Real Estate**
Number       Street
**1903 Springbrook Sq.**

**Naperville, IL 60564**
City              State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.96** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Kathleen Hittle**
Name

**552 S. Washington**
Number       Street
**Suite 209**

**Naperville, IL 60540**
City              State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.96** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**James Jones**
Name

**1809 S. 14th Avenue**
Number       Street

**Broadview, , IL 60155**
City              State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.99** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Jody Lownthal**
Name

**30 W. 57th Ave.**
Number       Street

**Hinsdale, IL 60521**
City              State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.99** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Debtor 1  Paul R King
          First Name    Middle Name    Last Name

Case number (if known) _____

## Part 3:   List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Al Rautbort--Keller Williams
Name
600 E. Northwest Highway
Number    Street
Suite 200
Palatine, IL 60074
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line See___ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

Earl Roloff
Name
1060 W. Lake Street
Number    Street
Hanover Park, IL 60133
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line See___ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

Dennis Nolan
Name
221 Railroad Avenue
Number    Street
Bartlett, IL 60103
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line See___ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

Victor Jimenez
Name
RE/Max Unlimited
Number    Street
200 E. Northwest Highway
Palatine, IL 60067
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line See___ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

Liangfu Zhou
Name
Concentric Realty
Number    Street
1952 Mc Dowell Rd, Suite 109
Naperville, IL 60563
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line See___ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

Simnon Edelstein
Name
939 Grace
Number    Street
Chicago, IL 60610
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line See___ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

Jesse Outlaw
Name
55 W. Jackson Blve
Number    Street
Suite 1230
Chicago, IL 60604
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line See___ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| | |
|---|---|
| Ralph Redmond<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Real People Realty<br>Number    Street | Line _See_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| 9981 W. 190th | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Mokena, IL 60448<br>City    State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| Patti Furman<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Coldwell Banker<br>Number    Street | Line _See_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| 1420 Waukegan Rd. | ☒ Part 2: Creditors with Nonpriority Unsecured<br>Claims |
| Glenview, IL 60025<br>City    State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| Eric Bjorkman<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Windy City Realty Corp<br>Number    Street | Line _See_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| 6917 N Rockwell St. | ☒ Part 2: Creditors with Nonpriority Unsecured<br>Claims |
| Chicago, IL 60645<br>City    State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| Vytenis Lietuvninkas<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| 4536 W. 63rd Street<br>Number    Street | Line _See_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| | ☒ Part 2: Creditors with Nonpriority Unsecured<br>Claims |
| Chicago, IL 60629<br>City    State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| Mark Edison<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| 1415 W. 22nd Street<br>Number    Street | Line _See_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| Tower Floor | ☒ Part 2: Creditors with Nonpriority Unsecured<br>Claims |
| Oak Brook, IL 60523<br>City    State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| Prime Real Estate<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| 14489 S. John Humphrey Dr.<br>Number    Street | Line _See_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| Suite 200 | ☒ Part 2: Creditors with Nonpriority Unsecured<br>Claims |
| Orland Pk., , Illinois 60462<br>City    State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| City Habitat<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| 7243 S. Western Ave<br>Number    Street | Line _See_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| | ☒ Part 2: Creditors with Nonpriority Unsecured<br>Claims |
| Chicago, IL 60645<br>City    State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

Debtor 1  Paul R King
First Name  Middle Name  Last Name

**Part 3:**  **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| | |
|---|---|
| Maria Cabrera<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| 4126 N. Lincoln Avenue<br>Number  Street | Line _See_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| Unit 1 | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Chicago, IL 60634<br>City  State  ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| Petro Escobar<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| 7061 W. Belmont Ave<br>Number  Street | Line _See_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Chicago, IL 60634<br>City  State  ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| Urban Realty<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| 3550 Southport<br>Number  Street | Line _See_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Chicago, IL 60613<br>City  State  ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| Paule De Biase<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| 5535 W. Montrose<br>Number  Street | Line _See_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Chicago, IL 60641<br>City  State  ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| Paul Kolpak<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| 6767 N. Milwaukee Ave<br>Number  Street | Line _See_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Niles, IL 60714<br>City  State  ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| Noel Baker<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| 6138 N. Lincoln Ave<br>Number  Street | Line _See_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| Chicago | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| IL, 60659<br>City  State  ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

| | |
|---|---|
| Anthony Trotto Real Estate<br>Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Petra Sestakova<br>Number  Street | Line _See_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| 138 W. Irving Park Rd | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Wood Dale, IL 60191<br>City  State  ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

## Part 3:    List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Bob Allen**
Name

**EAR Real Estate**
Number    Street

**1039 Ashland Ave.**

**River Forest, IL 60305**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _See_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

---

**Fritz Tellefsen**
Name

**172 Berkley Ave**
Number    Street

**E;lmhurst, IL 60126**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _See_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

---

**Gloria Flasch**
Name

**Century 21 Class Homes**
Number    Street

**724 E. Schaumburg**

**Schaumburg, IL 60194**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _See_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

---

**Michael Di Santis**
Name

**233 s. Wacker Drive**
Number    Street

**33rd Floor**

**Chicago, IL 60606**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _See_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

---

**John rodriguez**
Name

**Rising Realty**
Number    Street

**1920 W. Webster # 307**

**Chicago, IL 60614**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _See_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

---

**Nasiakos Law Group**
Name

**2038 W. Webster**
Number    Street

**Chicago, IL 60647**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _See_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

---

**Wenzel Select**
Name

**924 Warren Ave.**
Number    Street

**Downers Grove, IL 60515**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _See_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

---

Debtor 1  **Paul R King**
_____
First Name    Middle Name    Last Name    Case number (if known) _____

| Part 3: | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Heidi Coleman
_____
Name

7301 N. Lincoln Ave
_____
Number    Street

_____

Lincolnwood, IL 60712
_____
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **See** of *(Check one):*  ❏ Part 1: Creditors with Priority Unsecured Claims
                        ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

Kenneth Welter
_____
Name

37 s. Prospect Ave
_____
Number    Street

_____

Park Ridge, IL 60068
_____
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **See** of *(Check one):*  ❏ Part 1: Creditors with Priority Unsecured Claims
                        ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

Ying Zhao-Parkview Properties
_____
Name

33 N. LaSalle St.
_____
Number    Street

Suite 2020
_____

Chicago, IL 60602
_____
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **See** of *(Check one):*  ❏ Part 1: Creditors with Priority Unsecured Claims
                        ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

Gary Lindeen
_____
Name

806 E. Nerge Road
_____
Number    Street

_____

Roselle, IL 60172
_____
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **See** of *(Check one):*  ❏ Part 1: Creditors with Priority Unsecured Claims
                        ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

Jinhee Yang Caldwell
_____
Name

1925 Cherry nLane
_____
Number    Street

_____

Northbrook, IL 60062
_____
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **See** of *(Check one):*  ❏ Part 1: Creditors with Priority Unsecured Claims
                        ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

Steven Kudulis
_____
Name

3333 Warrenville Road
_____
Number    Street

Suite 200
_____

Lisle, IL 60532
_____
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **See** of *(Check one):*  ❏ Part 1: Creditors with Priority Unsecured Claims
                        ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

Tracy Tran
_____
Name

Coldwell Banker
_____
Number    Street

534 Pennsylvainia Ave
_____

Glen Ellyn, IL 60137
_____
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **See** of *(Check one):*  ❏ Part 1: Creditors with Priority Unsecured Claims
                        ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**Part 3:** | **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

Wator & Zac
Name

10711 S. Roberts Road
Number    Street

Palos Hills, IL 60465
City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line See of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Janie Bress
Name

Coldwell Banker
Number    Street

640 Vernon Ave.

Glenco, IL 60022
City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line See of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Julie Molz Matgous
Name

PO Box 5999
Number    Street

Vernon Hills, IL 60061
City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line See of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

RE/Max
Name

8728 S. Archer Ave.
Number    Street

Willow Springs, IL 60480
City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line See of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Richard Joseph
Name

Tanis Realty
Number    Street

122 W. Main St.

West Dundee, IL 60118
City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line See of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Jose Aparicio--New Hope Realty
Name

4315 W. 63rd St.
Number    Street

Chicago, IL
City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line See of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Luis Martinez
Name

4111 W. 63rd St.
Number    Street

Chicago, IL  60632
City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line See of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Debtor 1    Paul R King
         First Name    Middle Name    Last Name    Case number (if known)

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Nancy Sander**
Name

**8532 School Street**
Number    Street

**Morton Grove, IL 60053**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _See_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                          ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Ira Kahn**
Name

**53 W. Jackson blvd**
Number    Street

**Chicago, IL  60603**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _See_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                          ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Ira Kahn**
Name

**53 W. Jackson B;lvd.**
Number    Street

**Chicago, IL 60603**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _See_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                          ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Ira Kahn**
Name

**53 W. Jackson**
Number    Street

**Chicago, IL 60603**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _See_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                          ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Nancy Sander**
Name

**8532 School street**
Number    Street

**Morton Grove, IL 60053**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _See_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                          ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Anna Wilhelmi**
Name

**1444 N. Farnsworth**
Number    Street

**Suite 1001**

**Aurora, IL 60505**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _See_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                          ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Imran Kasbati**
Name

**Kale Realty**
Number    Street

**542 W. Roosevelt Road**

**Chicago, IL**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _See_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                          ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page81  of 84

Debtor 1  Paul R King
First Name  Middle Name  Last Name  Case number (if known)

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Luminitas Ispas**
Name

Number     Street

City     State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _See_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Larry Cohen**
Name

**1033 W. Golf Road**
Number     Street

**Hoffman Estates, IL 60169**
City     State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _See_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Margeret Las**
Name

**7630 S. County Line Road**
Number     Street

**Hinsdale, IL 60523**
City     State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _See_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Josie Morrison**
Name

**RE/Max Action**
Number     Street

**1550 Maple**

**Lisle, IL 60532**
City     State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _See_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Sue Lesus**
Name

**511 Wesley**
Number     Street

**Wheaton, IL 60187**
City     State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _See_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Benjamin Creamer**
Name

**Downtown Realty co**
Number     Street

**180 N. Wacker Dr., Suite 104**

**Chicago, IL 60606**
City     State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _See_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Bogdan Lewandowski**
Name

**7020 w.Higgins Ave**
Number     Street

**Chicago, IL 60656**
City     State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _See_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number ___ ___ ___ ___

---

## Part 3:   List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| | |
|---|---|
| **George Chepov** <br> Name <br><br> Number   Street <br><br><br> City   State   ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? <br><br> Line **See** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☒ Part 2: Creditors with Nonpriority Unsecured Claims <br><br> Last 4 digits of account number ___ ___ ___ ___ |
| **Seta Ajram** <br> Name <br> **Coldwell Banker** <br> Number   Street <br> **5404 W. Devon** <br> **Chicago; IL 60646** <br> City   State   ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? <br><br> Line **See** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☒ Part 2: Creditors with Nonpriority Unsecured Claims <br><br> Last 4 digits of account number ___ ___ ___ ___ |
| **Slava Tenenbaum** <br> Name <br><br> **2222 Chestnut** <br> Number   Street <br><br> **Glenview, IL 60025** <br> City   State   ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? <br><br> Line **See** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☒ Part 2: Creditors with Nonpriority Unsecured Claims <br><br> Last 4 digits of account number ___ ___ ___ ___ |
| **RE/Max First Class** <br> Name <br> **4023nW. Church Street** <br> Number   Street <br><br> **Skokie, IL 60076** <br> City   State   ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? <br><br> Line **See** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☒ Part 2: Creditors with Nonpriority Unsecured Claims <br><br> Last 4 digits of account number ___ ___ ___ ___ |
| **John Edelberg** <br> Name <br> **Kal Realty** <br> Number   Street <br> **542 Roosevelt Road** <br> **Chicago, IL 60607** <br> City   State   ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? <br><br> Line **See** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☒ Part 2: Creditors with Nonpriority Unsecured Claims <br><br> Last 4 digits of account number ___ ___ ___ ___ |
| Name <br><br> Number   Street <br><br><br> City   State   ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? <br><br> Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☐ Part 2: Creditors with Nonpriority Unsecured Claims <br><br> Last 4 digits of account number ___ ___ ___ ___ |
| Name <br><br> Number   Street <br><br><br> City   State   ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? <br><br> Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☐ Part 2: Creditors with Nonpriority Unsecured Claims <br><br> Last 4 digits of account number ___ ___ ___ ___ |

| Debtor 1 | Paul R King | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Case number *(if known)*_____

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159.**
   **Add the amounts for each type of unsecured claim.**

<table>
<tr><td></td><td></td><td></td><td align="center"><b>Total claim</b></td></tr>
<tr><td rowspan="4"><b>Total claims from Part 1</b></td><td>6a. <b>Domestic support obligations</b></td><td>6a.</td><td>$ 0.00</td></tr>
<tr><td>6b. <b>Taxes and certain other debts you owe the government</b></td><td>6b.</td><td>$ 0.00</td></tr>
<tr><td>6c. <b>Claims for death or personal injury while you were intoxicated</b></td><td>6c.</td><td>$ 0.00</td></tr>
<tr><td>6d. <b>Other.</b> Add all other priority unsecured claims. Write that amount here.</td><td>6d.</td><td>+ $ 0.00</td></tr>
<tr><td></td><td>6e. <b>Total.</b> Add lines 6a through 6d.</td><td>6e.</td><td>$ 0.00</td></tr>
</table>

<table>
<tr><td></td><td></td><td></td><td align="center"><b>Total claim</b></td></tr>
<tr><td rowspan="4"><b>Total claims from Part 2</b></td><td>6f. <b>Student loans</b></td><td>6f.</td><td>$ 0.00</td></tr>
<tr><td>6g. <b>Obligations arising out of a separation agreement or divorce that you did not report as priority claims</b></td><td>6g.</td><td>$ 0.00</td></tr>
<tr><td>6h. <b>Debts to pension or profit-sharing plans, and other similar debts</b></td><td>6h.</td><td>$ 0.00</td></tr>
<tr><td>6i. <b>Other.</b> Add all other nonpriority unsecured claims. Write that amount here.</td><td>6i.</td><td>+ $ 883,257.62</td></tr>
<tr><td></td><td>6j. <b>Total.</b> Add lines 6f through 6i.</td><td>6j.</td><td>$ 883,257.62</td></tr>
</table>

## Attachment 1/16
## Debtor: Paul  R King      Case No:

**Attachment 1**

**19101-7346**

**Attachment 2**

**Earnest money deposit for 1101 Woodbury Ln**

**Attachment 3**

**Earnest money deposit for 6624 S. Mozart St., Chicago, IL**

**Attachment 4**

**Earnest money deposit for 1627 Linder Ave.**

**Attachment 5**

**Earnest money deposit for 3507 N. Lowell, Chicago, IL**

**Attachment 6**

**Earnest money deposit for 1101 Woodbury Ln.**

**Attachment 7**

**Earnest money deposit for purchase of 1803 N. 22nd Ave., Melrose Pk., IL**

**Attachment 8**

**Earnest money deposit for 1938 Garfield Blvd., Chicago, IL**

**Attachment 9**

**Earnest money deposit for 6624 S. Mozart St., Chicago**

**Attachment 10**

**Earnest money deposit for purchase of 441  24th Ave., Bellwood, IL**

**Attachment 11**

**Earnest money deposit for 2255 Timothy Dr., Glenview, IL**

**Attachment 12**

**Earnest money deposit for 1607 Oak Park Ave., Berwyn IL**

**Attachment 13**

**Earnest money deposit for 329 Custer Ave., Evanston, IL**

**Attachment 14**

**Earnest money deposit for 504 Willow Wood Dr., Palatine, IL**

## Attachment 2/16
## Debtor: Paul  R King      Case No:

**Attachment 15**

>   **Earnest money deposit for purchase of 2242 S. 15th Ave, Broadview, IL**

**Attachment 16**

>   **Earnest money deposit for purchase of 1803 N. 22nd Ave., Melrose Pk., IL**

**Attachment 17**

>   **Earnest mony deposit for 101-9 Hartery Ave., Evanston, IL**

**Attachment 18**

>   **Earnest money deposit for 2026 W. Erie, Chicago, IL**

**Attachment 19**

>   **Earnest money deposit for purchase of 5812 W. 59th Street, Chicago, IL**

**Attachment 20**

>   **Earnest money deposit for 9015 S. Dante, Chicago IL**

**Attachment 21**

>   **Earnest money deposit for 545 N. Dearborn Ave., Unit 1111 W, Chicago, IL**

**Attachment 22**

>   **Earnest money deposit for 2644 S. Kolin Ave.**

**Attachment 23**

>   **Earnest money deposit for 2544 Oak Park Ave.**

**Attachment 24**

>   **Earnest money deposit for 3406 Plum Grove, Rolling Meadows, IL**

**Attachment 25**

>   **Earnest money deposit for 5136 W. Crystal Ave.**

**Attachment 26**

>   **Earnest money deposit for 3603 Warren Ave.**

**Attachment 27**

>   **Earnest money deposit on purchase of 18315 Argyle, Homewood, IL**

**Attachment 28**

>   **Internet and phone service at former business location.**

Attachment 3/16
Debtor: Paul  R King      Case No:

**Attachment 29**

> Earnest money deposit for 6515 N. Sacramentto, Chicago, IL

**Attachment 30**

> Earnest money deposit for purchase of 1112 N. Boxwood, Mt., Prospect, IL

**Attachment 31**

> Earnest money deposit for 3603 Warren Ave.

**Attachment 32**

> Earnest money deposit for 450 E. Waterside Dr., # 1808, Chicago, IL

**Attachment 33**

> Earnest money deposit for 7836 S. Ridgeland Ave. Chicago

**Attachment 34**

> Earnest money deposit for purchase of 401 Beech Ave.

**Attachment 35**

> Earnest money deposit on purchase of 17700 Arlington Drive.

**Attachment 36**

> Earnest money deposit for 1835 Tanglewood Dr.  Unit F, Glenview, IL

**Attachment 37**

> Earnest money deposit for 3330 W. 62nd Place, Chicago, IL

**Attachment 38**

> Earnest money deposit for 11549 S. Hale Ave.

**Attachment 39**

> Earnest money deposit for purchase of 441 24th Ave., Bellwood, IL

**Attachment 40**

> Earnest money deposit for purchase of 828 N. California, Chicago, IL

**Attachment 41**

> Earnest money deposit for 254 Chaparral Cir., Elgin IL

**Attachment 42**

> Equipment lease made by Carby King Realty Group.  Possibly guaranteed by Debtor.

## Attachment 4/16
### Debtor: Paul R King      Case No:

**Attachment 43**

      **Earnest money deposit for purchase of 401 Beech Ave.**

**Attachment 44**

      **Earnest money deposit for 8122 S. Spaulding**

**Attachment 45**

      **Earnest money deposit for 1041 N. Lawler Ave., Chicago, IL**

**Attachment 46**

      **Earnest money deposit for 2255 Timothy Drive, Glenview, IL**

**Attachment 47**

      **Earnest money deposit for 1627 Linder Avenue**

**Attachment 48**

      **Earnest money deposit for 9030 Heathwood Cir., Niles, IL**

**Attachment 49**

      **Earnest money deposit for purchase of 330 W. 62nd Place, Chicago, IL**

**Attachment 50**

      **Earnest mone deposit for 2644 S. Kolin Ave.**

**Attachment 51**

      **Earnest money deposit for 1738 Darrow Ave., Evanston, IL**

**Attachment 52**

      **Earnest money deposit for 3406 Plum Grove, Rolling Meadows, IL**

**Attachment 53**

      **Earnest Money deposit for purchase of 1803 N. 22nd St., Melrose Pk., IL**

**Attachment 54**

      **Earnest money deposit for purchase of 18807 Avers Ave.**

**Attachment 55**

      **Earnest money deposit for 2255 Timothy Dr. Glenview, IL**

**Attachment 56**

      **Earnest money deposit for purchase of 312 N Des Plaines, Unit C-26, Chicago, IL**

Attachment 5/16
Debtor: Paul  R King        Case No:

**Attachment 57**

Earnest money deposit for purchase of 441  24th Ave., Bellwood, IL

**Attachment 58**

Earnest money deposit for 2323 Pershing Road, chicago, IL

**Attachment 59**

Earnest money deposit for 8152 Elmwood Avenue, Unit 104

**Attachment 60**

Earnest money deposit for 545 N. Dearborn, Unit 1111 W, Chicago, IL

**Attachment 61**

Earnest money deposit for 310 E. North Avenue, Bartlett IL

**Attachment 62**

Earnest money deposit for purchase of 6522 N. Ashland Ave., Chicago

**Attachment 63**

Earnest money deposit for 3603 Warren Ave.

**Attachment 64**

Earnest money deposit for purchase of 5812 W. 59th Street, Chicago, IL

**Attachment 65**

Earnest money deposit for purchase of 1112 N. Boxwood, Mt., Prospect, IL

**Attachment 66**

Earnest money deposit for 1325 N. Latrobe Ave., Chicago, IL

**Attachment 67**

Earnest money deposit for purchase of 410 Clinton Ave., Oak Park, IL

**Attachment 68**

Earnest Money Deposit for 11549 S. Hale Ave.

**Attachment 69**

E+arnest money deposit for 397 Rimini Ct Palatine, IL

**Attachment 70**

Earnest money deposit for 5938 SW Prairie Ave.  Chicago, IL

## Attachment 6/16
## Debtor: Paul  R King      Case No:

**Attachment 71**

> **Earnest money deposit for purchase of 1112 N. boxwood ave., Mt. Prospect, IL**

**Attachment 72**

> **Earnest money deposit for 1126 Hartrey Ave. Evanston, IL**

**Attachment 73**

> **Earnest money deposit for 504 Wkillow Wood Dr. Palatine, IL**

**Attachment 74**

> **Earnest money deposit for 312 Des Plaines, Unit C-26, chicago, IL**

**Attachment 75**

> **Earnest money deposit for purchase of 2904 Campbell Ave., Rolling Meadows, IL**

**Attachment 76**

> **Earnest money deposit for 1627 Linder Ave.,**

**Attachment 77**

> **Earnest money deposit on purchase of 17700 Arlington Dr.**

**Attachment 78**

> **Earnest money deposit for purchase of 223 Crest Ave., Elk Grove Village, IL**

**Attachment 79**

> **Earnest money deposit for 1B E Dundee Quarter Unit 104, Palatine, IL**

**Attachment 80**

> **Earnest Money deposit for 1B E Dundee Quarter, #104 Palatine, IL**

**Attachment 81**

> **Eanest money deposit for 5136 W. Crystal ave.**

**Attachment 82**

> **Earnest money deposit fo purchase of 5136 W. Crystal Ave**

**Attachment 83**

> **Earnest money deposit for 8122 S. Spaulding Ave.**

**Attachment 84**

> **Earnest money Deposit for 545 N. Dearborn Ave., Unit 1111 W, Chicago, IL**

## Attachment 7/16
## Debtor: Paul  R King      Case No:

**Attachment 85**

Earnest money deposit for 329 Custer Ave., Evanston, IL

**Attachment 86**

Earnest money deposit for 2544 Oak Park Ave.

**Attachment 87**

Eanest money deposit for 2544 Oak Park Ave.

**Attachment 88**

Earnest money deposit on purchase of 17613 Baker Ave., Country Club Hills, IL

**Attachment 89**

Earnest money deposit for 9030 Heathwood Cir. Niles, IL

**Attachment 90**

Earnest money deposit for purchase of 2904 Campbell Ave., Rolling Meadows, IL

**Attachment 91**

Earnest money deposit for 441 24th Ave., Bellwood, IL

**Attachment 92**

Earnest money deposit for 8212 S. Mozart, Chicago, IL

**Attachment 93**

Earnest money deposit for 1461 Oakwood Ave., Hanover Park, IL

**Attachment 94**

Earnest money deposit for 1 B E Dundee Quarter, Unit 104, Palatine, IL

**Attachment 95**

Earnest money deposit for 9030 Heathwood Cir., Niles, IL

**Attachment 96**

Earnest money deposit for purchase of 828 N. California, Chicago, IL

**Attachment 97**

Earnest money deposit for 5930 SW Prairie, Chicago, IL

**Attachment 98**

Earnest money deposit for 11659 Loomis St

Attachment 8/16
Debtor: Paul  R King       Case No:

**Attachment 99**

     **Earnest money deposit for 1101 woodbury Ln**

**Attachment 100**

     **Earnest money deposit for 1101 Woodbury Ln.**

**Attachment 101**

     **Earnest money deposit for 9030 Heathwood Cir., Niles, IL**

**Attachment 102**

     **Earnest money deposit for 329 Custer Ave, Evanston, IL.**

**Attachment 103**

     **Earnest money deposit on purchase of 6522 N. Ashland, Chicago**

**Attachment 104**

     **Earnest money deposit for purchase of 2301 185th St.**

**Attachment 105**

     **Earnest money deposit for purchase of 2242 S. 15th Ave., Broadview, IL**

**Attachment 106**

     **Eaqrnest money deposit for purchase of 5812 W. 59th St. Chicago, IL**

**Attachment 107**

     **Earnest money deposit for 2544 Oake Park Ave.**

**Attachment 108**

     **Earnest money deposit for 5136 W. Crystal Ave.**

**Attachment 109**

     **Earnest money deposit for 4704 Melvina, Chicago, IL**

**Attachment 110**

     **Earnestmoney deposit on purchase of 240 W. Addison, Chicago, IL**

**Attachment 111**

     **Earnest money deposit for 1811 Park Dr., Mount Prospect, IL**

**Attachment 112**

     **Earnest money deposit for 151 N. Long Ave.,**

## Attachment 9/16
### Debtor: Paul  R King      Case No:

**Attachment 113**

> **Earnest money deposit for 8122 S. Spaulding Ave**

**Attachment 114**

> **Earnest money deposit for 1738 Darrow Ave., Evanston, IL**

**Attachment 115**

> **Earnest money deposit for 1461 Oakwood Ave., Hanover Park, IL**

**Attachment 116**

> **Earnest money deposit for 4423 S. Talman, Chicago IL**

**Attachment 117**

> **Earnest money deposit for purchase of 18807 Avers Ave.**

**Attachment 118**

> **Earnest money deposit for 57 E. Delaware, Unit 3401, Chicago, IL**

**Attachment 119**

> **Earnest money deposit for 7836 S. Ridgeland Ave.**

**Attachment 120**

> **Earnest money deposit for purchase of 7931 S. 83rd Avenue.**

**Attachment 121**

> **Earnest money for 6515 N. SacramentoAve., Chicago, IL**

**Attachment 122**

> **Earnest money deposit for 545 N. Dearborn ave., Unit 1111 W, Chicago, IL**

**Attachment 123**

> **Earnest money deposit for purchase of 401 Beech Ave.**

**Attachment 124**

> **Earnest money deposit for 1461 Oakwood Ave., Hanover Park, IL**

**Attachment 125**

> **Earnest money deposit for 12525 McVickers Ave.**

**Attachment 126**

> **Earnest money deposit for 2630 Dryden, Arlinton Hts., IL**

Attachment 10/16
Debtor: Paul  R King      Case No:

**Attachment 127**

> **Earnest money deposit for purchase of 1102 30th Ave., Bellwood, IL**

**Attachment 128**

> **Earnest money deposit for 1126 Hartrey Ave., Evanston, IL**

**Attachment 129**

> **Earnest money deposit for purchase of 7931 S. 83rd Ave.**

**Attachment 130**

> **Earnest money deposit for purchase of 254 Chaparral Cir., Elgin, IL**

**Attachment 131**

> **Earnest money deposit for 11549 S. Hale Ave.**

**Attachment 132**

> **Earnest money deposit for 2200 Tyson Ave., Broadview, IL**

**Attachment 133**

> **Earnest money deposit for 1126 Hartrey Ave, Evanston, IL**

**Attachment 134**

> **Earnest money deposit for purchase of 1102  3oth Ave., Bellwood, IL**

**Attachment 135**

> **Earnest money deposit for 1461 Oakwood Ave., Hanover Park, IL**

**Attachment 136**

> **Earnest money deposit for purchase of 18807 Avers Ave**

**Attachment 137**

> **Earnest money deposit for 7830 Westwood Dr., Elmwood Pk, IL**

**Attachment 138**

> **Earnest money deposit for 4423 S. talman Ave., Chicago, IL**

**Attachment 139**

> **Earnest money deposit for 720 Selbourne Ave.**

**Attachment 140**

> **Earnest money deposit for purchase of 401 Beech Ave.**

Attachment 11/16
Debtor: Paul R King      Case No:

**Attachment 141**

    **Earnest money deposit for 1461 Oakwood Ave., Hanover Park, IL**

**Attachment 142**

    **Earnest money deposit for 2242 S. 15th avenue, Broadview, IL**

**Attachment 143**

    **Earnest money deposit for purchase of 7931 S. 83rd Ave., Chicago, IL**

**Attachment 144**

    **Earnest money deposit for 310 E. North Avenue, Bartlett, IL**

**Attachment 145**

    **Earnest money deposit for purchase of 10400 Claremont ave., Chicago, IL**

**Attachment 146**

    **Earnest money deposit for purchase of 1112 N. boxwood Ave. Mt., Prospect, IL**

**Attachment 147**

    **Earnest money deposit for 9664 Lois Dr., Unit B., Des Plaines, IL**

**Attachment 148**

    **Earnest money deposit for 7540N. Ridge, Unit 3D**

**Attachment 149**

    **Earnest money deposit for 7351 Winchester Ave., Chicago, IL**

**Attachment 150**

    **3223 Lake Avenue**
    **Suite 15C-303**

**Attachment 151**

    **4.102**

**Attachment 152**

    **4.102**

**Attachment 153**

    **4.103**

## Attachment 12/16
## Debtor: Paul  R King      Case No:

**Attachment 154**

      **4.103**

**Attachment 155**

      **4.107**

**Attachment 156**

      **4.108**

**Attachment 157**

      **4.109**

**Attachment 158**

      **4.109**

**Attachment 159**

      **4.114**

**Attachment 160**

      **4.115**

**Attachment 161**

      **4.117**

**Attachment 162**

      **4.118**

**Attachment 163**

      **4.118**

**Attachment 164**

      **4.119**

**Attachment 165**

      **4.120**

**Attachment 166**

      **4.120**

Attachment 13/16
Debtor: Paul  R King       Case No:

**Attachment 167**

**4.121**

**Attachment 168**

**4.122**

**Attachment 169**

**4.123**

**Attachment 170**

**4.125**

**Attachment 171**

**4.126**

**Attachment 172**

**4.127**

**Attachment 173**

**4.127**

**Attachment 174**

**4.128**

**Attachment 175**

**4.128**

**Attachment 176**

**4.129**

**Attachment 177**

**4.131**

**Attachment 178**

**4.133**

**Attachment 179**

**4.134**

Attachment 14/16
Debtor: Paul  R King        Case No:

**Attachment 180**

    **4.134**

**Attachment 181**

    **4.135**

**Attachment 182**

    **4.136**

**Attachment 183**

    **4.136**

**Attachment 184**

    **4.137**

**Attachment 185**

    **4.137**

**Attachment 186**

    **4.138**

**Attachment 187**

    **4.139**

**Attachment 188**

    **4.139**

**Attachment 189**

    **4.143**

**Attachment 190**

    **4.144**

**Attachment 191**

    **4.150**

**Attachment 192**

    **4.150**

## Attachment 15/16
### Debtor: Paul  R King      Case No:

**Attachment 193**

    **4.151**

**Attachment 194**

    **4.153**

**Attachment 195**

    **4.154**

**Attachment 196**

    **4.155**

**Attachment 197**

    **4.156**

**Attachment 198**

    **4.157**

**Attachment 199**

    **4.157**

**Attachment 200**

    **4.158**

**Attachment 201**

    **4.159**

**Attachment 202**

    **4.160**

**Attachment 203**

    **4.161**

**Attachment 204**

    **4.161**

**Attachment 205**

    **4.162**

Attachment 16/16
Debtor: Paul  R King      Case No:

**Attachment 206**

    **4.163**

**Attachment 207**

    **4.163**

**Attachment 208**

    **4.164**

**Attachment 209**

    **4.164**

**Attachment 210**

    **4.165**

**Attachment 211**

    **4.166**

**Fill in this information to identify your case:**

Debtor  **Paul  R King**
First Name      Middle Name      Last Name

Debtor 2
(Spouse if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **Northern District of Illinois**

Case number
(If known)

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☒ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|

**2.1**

Name

Number     Street

City     State     ZIP Code

**2.2**

Name

Number     Street

City     State     ZIP Code

**2.3**

Name

Number     Street

City     State     ZIP Code

**2.4**

Name

Number     Street

City     State     ZIP Code

**2.5**

Name

Number     Street

City     State     ZIP Code

**Fill in this information to identify your case:**

Debtor 1    Paul  R King
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    Northern District of Illinois

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:

MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| **Occupation** | | Driver | Dental assistant |
| **Employer's name** | | Lyft | Fippinger & Simon LTD |
| **Employer's address** | | 901 2nd Street<br>Number  Street | 1560 Sherman Ave, Suite 610<br>Number    Street |
| | | Springfield, IL 62704<br>City        State    ZIP Code | Evanston, IL 60201<br>City        State  ZIP Code |
| **How long employed there?** | | | |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 3,800.00 | $ 4,137.52 |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $ 0.00 | + $ 0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $ 3,800.00 | $ 4,137.52 |

Debtor 1    Paul  R King
First Name    · Middle Name    Last Name    Case number (if known)_____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here .................................................................... ➔ | 4. | $ 3,800.00 | $ 4,137.52 |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 1,291.72 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 200.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 0.00 | $ 1,491.72 |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 3,800.00 | $ 2,645.80 |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $_____ | $_____ |
| 8g. Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. Other monthly income. Specify: _____ | 8h. | + $_____ | + $_____ |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ 0.00 |
| 10. Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,800.00 + | $ 2,645.80 = $ 6,445.80 |

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    12.    $ 6,445.80

**Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?
☒ No.
☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1    Paul  R King
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   Northern District of Illinois

Case number
(if known)   _____

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13
   expenses as of the following date:
   _____
   MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☒ No
      ☐ Yes. Debtor 2 must file Official Forms 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**        ☐ No

   Do not list Debtor 1 and     ☒ Yes. Fill out this information for
   Debtor 2.                         each dependent.........................

   Do not state the dependents'
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| son | 24 | ☐ No  ☒ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include**      ☒ No
   **expenses of people other than**  ☐ Yes
   **yourself and your dependents?**

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J,* check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 106I.)

| | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 800.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 30.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |

Debtor 1    Paul  R King _____    Case number (if known)_____
            First Name    Middle Name    Last Name

|  | | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. **Utilities:** | | |
| 6a.  Electricity, heat, natural gas | 6a. | $ 140.00 |
| 6b.  Water, sewer, garbage collection | 6b. | $ 100.00 |
| 6c.  Telephone, cell phone, internet, satellite, and cable services | 6c. | $ 625.00 |
| 6d.  Other. Specify: _____ | 6d. | $ 0.00 |
| 7. **Food and housekeeping supplies** | 7. | $ 650.00 |
| 8. **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 100.00 |
| 10. **Personal care products and services** | 10. | $ 50.00 |
| 11. **Medical and dental expenses** | 11. | $ 150.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 350.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 60.00 |
| 14. **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a.  Life insurance | 15a. | $ 592.00 |
| 15b.  Health insurance | 15b. | $ 483.00 |
| 15c.  Vehicle insurance | 15c. | $ 70.00 |
| 15d.  Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: Estimated 1040 Liability _____ | 16. | $ 772.00 |
| 17. **Installment or lease payments:** | | |
| 17a.  Car payments for Vehicle 1 | 17a. | $ 519.00 |
| 17b.  Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c.  Other. Specify: Spouse car payment _____ | 17c. | $ 504.75 |
| 17d.  Other. Specify: Spouse auto insurance _____ | 17d. | $ 50.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ 0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| 20a.  Mortgages on other property | 20a. | $ 0.00 |
| 20b.  Real estate taxes | 20b. | $ 0.00 |
| 20c.  Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d.  Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e.  Homeowner's association or condominium dues | 20e. | $ 0.00 |

| Debtor 1 | Paul  R King | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

21.  **Other**. Specify: See Attachment 1 _____     21.   +$ 435.00 _____

22.  **Calculate your monthly expenses.**
   22a. Add lines 4 through 21.
   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2
   22c. Add line 22a and 22b. The result is your monthly expenses.

   22.   $ 6,480.75 _____
         $ _____
         $ 6,480.75 _____

23. **Calculate your monthly net income.**

   23a.   Copy line 12 (*your combined monthly income*) from *Schedule I*.     23a.   $ 3,800.00 _____

   23b.   Copy your monthly expenses from line 22 above.     23b.   – $ 6,480.75 _____

   23c.   Subtract your monthly expenses from your monthly income.
          The result is your *monthly net income*.     23c.   $ -2,680.75 _____

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your
   mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☐ No.
   ☐ Yes.   Explain here:

# Attachment
## Debtor: Paul  R King        Case No:

**Attachment 1**

**Description: Spouse Student loan**
**Amount: 100.00**

**Description: Spouse ave. Credit card payments**
**Amount: 335.00**

Fill in this information to identify your case:

Debtor 1   Paul  R King
           First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   Northern District Of Illinois

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7   12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information.
Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Hold Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Hold Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:  Pearl Capital<br><br>Description of property securing debt: | ☒ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☒ No<br><br>☐ Yes |
| Creditor's name:  Partners Funding<br><br>Description of property securing debt:  Carby King Receivables | ☒ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☒ No<br><br>☐ Yes |
| Creditor's name:  Kia Motors Finance<br><br>Description of property securing debt:  Car.  Current value taken from Edmunds.com | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☒ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br><br>☐ Yes |

Your name  Paul  R King
         First Name    Middle Name    Last Name          Case number (If known)_____

---

**Part 2:**   **List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |

---

**Part 3:**   **Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✗ _____        ✗ _____
Signature of Debtor 1                     Signature of Debtor 2

Date _____                      Date _____
    MM / DD / YYYY                             MM / DD / YYYY

---

Official Form 108          Statement of Intention for Individuals Filing Under Chapter 7          page 2

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Paul  R King | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106H
# Schedule H: Your Codebtors
**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☒ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.*)
   ☒ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number      Street

   _____
   City                State          ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| Column 1: Your codebtor | | | Column 2: The creditor to whom you owe the debt |
|---|---|---|---|
| | | | Check all schedules that apply: |

**3.1** Carby King Realty Group, Inc
Name
1740 Ridge Ave.,
Number      Street
Evanston            Illinois      60201
City                State          ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line _See Attachment_
☐ Schedule G, line _____

**3.2** Puul King
Name
1740 Ridge Ave
Number      Street
Evanston            IL            60201
City                State          ZIP Code

☒ Schedule D, line 2.2, 2.1,
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.3** Carby King Realty Group Inc
Name
1740 Ridge Ave
Number      Street
Evanston            IL            60201
City                State          ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line 4.31,
☐ Schedule G, line _____

## Attachment
## Debtor: Paul R King      Case No:

Attachment 1

2.1, 4.14, 4.117, 4.159, 4.15, 4.6, 4.16, 4.59, 4.43, 4.9, 4.63, 4.128, 4.99, 4.140, 4.150,
4.70, 4.118, 4.19, 4.55, 4.41, 4.160, 4.133, 4.143, 4.116, 4.54, 4.142, 4.122, 4.30, 4.39,
4.83, 4.21, 4.68, 4.115, 4.152, 4.60, 4.130, 4.96, 4.38, 4.47, 4.136, 4.156, 4.34, 4.71,
4.77, 4.98, 4.81, 4.89, 4.44, 4.105, 4.45, 4.144, 4.162, 4.73, 4.90, 4.27, 4.87, 4.93,
4.12, 4.114, 4.20, 4.57, 4.126, 4.66, 4.23, 4.92, 4.131, 4.145, 4.62, 4.80, 4.139, 4.103,
4.88, 4.18, 4.7, 4.74, 4.42, 4.146, 4.17, 4.78, 4.141, 4.148, 4.113, 4.97, 4.104, 4.52,
4.24, 4.56, 4.72, 4.49, 4.51, 4.82, 4.164, 4.124, 4.109, 4.4, 4.121, 4.138, 4.8, 4.2,
4.101, 4.67, 4.161, 4.137, 4.157, 4.102, 4.151, 4.127, 4.11, 4.25, 4.94, 4.123, 4.64,
4.58, 4.26, 4.76, 4.106, 4.37, 4.158, 4.132, 4.107, 4.108, 4.75, 4.33, 4.134, 4.155, 4.91,
4.125, 4.48, 4.129, 4.40, 4.50, 4.10, 4.61, 4.147, 4.35, 4.28, 4.69, 4.36, 4.13, 4.79,
4.166, 4.1, 4.112, 4.111, 4.5, 4.110, 4.32, 4.149, 4.100, 4.46

---

**Fill in this information to identify your case:**

Debtor 1    Paul _____ R _____ King _____
            First Name      Middle Name     Last Name

Debtor 2
(Spouse, if filing)  First Name      Middle Name     Last Name

United States Bankruptcy Court for the:  Northern District of Illinois

Case number _____
            (if known)

☐ Check if this is an
   amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from *Schedule A/B* ............................................... | $ 0.00 |
| | 1b. Copy line 62, Total personal property, from *Schedule A/B* ................................... | $ 13,786.81 |
| | 1c. Copy line 63, Total of all property on *Schedule A/B* .............................................. | $ 13,786.81 |

### Part 2:    Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ | $ 87,205.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* .......................................... | $ 0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.................................... | + $ 958,635.62 |
| | **Your total liabilities** | $ 1,045,840.62 |

### Part 3:    Summarize Your Income and Expenses

|  |  |  |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* ........................................................... | $ 6,445.80 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22, Column A, of *Schedule J*........................................................... | $ 6,480.75 |

Debtor 1 __Paul_____R_____King_____    Case number (if known)_____
         First Name      Middle Name         Last Name

---

**Part 4:**   **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-10 for statistical purposes. 28 U.S.C. § 159.

   ☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

   $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

   | | Total claim |
   |---|---|
   | **From Part 4 on *Schedule E/F*, copy the following:** | |
   | 9a. Domestic support obligations (Copy line 6a.) | $_____ |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ |
   | 9d. Student loans. (Copy line 6f.) | $_____ |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $_____ |
   | 9g. **Total.** Add lines 9a through 9f. | $_____ |

AAK Firm IL LLC
120 s. riversid Plaza
Suite 1200
Chicago, IL 60606


Abelardo Gonzaleez
4619 Fairfield Ave
Chicago, IL 60632


Adam Adamski
C/O Hunters Realty
6049 North Avenue
Oak Park, il 60302


Adam Lysinski
4418 N. Milwaukee
Chicago, IL 60630


Adan Espana and Martha Cristina Rojo
3540 W. Diversey
Chicago, IL 60647


Agnes Pogorzelski
7443 W. Irving Park Rd
Suite 1 W
Chicago, IL 60634


Al Rautbort--Keller Williams
600 E. Northwest Highway
Suite 200
Palatine, IL 60074


Al Rodriquez
Beaulieu Real Estate
5341 W. Belmonte
Chicago, IL 60641


Albert Xiques PC
5045 N. Harlem Ave
Chicago, IL 60656

Albert Xiques PC
5045 N. Harlem Ave
Chicago, IL 60656


Aleksander Filamonov
2118 Brandywyn Ln
Buffalo Grove, IL 60089


Alfredo Hernandez-Lopez   c/o Isreal Rive
647 N. York Road
Elmhurst, IL 60126


Ali Salem
1952 W. Garfield
Chicago, IL 60609


ALJ Investments, Inc
2450 St. andrew Dr.
Olympia Fields, IL 60641


Allyn Rawling
BHHS Koenig Rubloff
980 N. Michigan Ave.
Chicago, IL 60611


Alwin M. Vargas
2547 N. Leyden Ave.
River Grove, IL 60171


American Realty-Anya Dukzik
6948 W. Higgins
Chicago, IL 60656


Amerimax RE Partners/Joel Mandujano
4169 S. Archer
Chicago, IL 60629

Amish & Nirali Shah
1706 Buckinghan Dr.
Des Plaines, IL 60018


Amulofo Delgado
1260 Cromwell Ln.
Naperville, IL 60564


Amy Wells and Sean Kelly
710 Asbury
Evanston, IL 60202


Anamari dorgan
304 N. Salem Ave
Unit 1 D
Arlington Hts., IL 60005


Andre and Latoya Wiggins
509 Leesburg St.
Oswego, IL 60543


Andre L Jackson
2450 St. Andrews Dr.
Olympia Fields, IL 60461


Andrew Schrepfer
604 Madison
La Grange, IL 60525


Andrzej Dziuban and Beata Piotrowska
3111 Paris Ave.
Apt 207
River Grove, IL 60171


Ann Hagerty
75 East Crystal Lake Avenue
Crystal Lake, IL 60014

Anna Wilhelmi
1444 N. Farnsworth
Suite 1001
Aurora, IL 60505


Anthony Trotto Real Estate
Petra Sestakova
138 W. Irving Park Rd
Wood Dale, IL 60191


Anton Skukan & Mare Skukan


Antonio Villa-Kale Realty
542 W. Roosevelt Road
Chicago, IL 60607


Arden Baranowski
8 s. Michigan Ave
Suite 2800
Chicago, IL 60603


Armando Almazan
3743 W. 26th Street
Chicago, IL 60623


Arvid Shah--Oakton Real Estate
1585 Ellinwood
Suite 107
Des Plaines, IL 60016


Avian Realty-Shaji Nirappil


Avian Realty-Shaji Nirappil
338 S. Lawford Ct
Bloomindale, il 60108

Azteca Homes, Inc/Jose Roman
5938 S/. Pulaski
Chicago, IL 60629

Batouz Tyszkiewicz
1913 W. Erie
Unit 2
Chicago, IL 60622

Benjamin Creamer
Downtown Realty co
180 N. Wacker Dr., Suite 104
Chicago, IL 60606

Benjamin Hernandez
9728 S. Mansfield Ave.
Oak Lawn, IL 60453

Bessie Rahman
195 N. Harbor Drive
Chicago,, IL 60601

Big Homes LLC
1658 N. Milwaukee Ave.
Suite 502
Chicago, IL 60647

Blue Cross Blue Shield Of Illinois
PO Box 3239
Naperville, IL 60566

Bob Allen
EAR Real Estate
1039 Ashland Ave.
River Forest, IL 60305

Bogdan Lewandowski
7020 w.Higgins Ave
Chicago, IL 60656

BreAnne and Jeffrey Richter
7943 Cricklewood Dr.
Roscoe, IL 61073


Candelaria & Arnulfo Guerro
First Capitalo Realtors
2708 W. Cermak Road
Chicago, IL 60608


Carby King Realty Group, Inc
1740 Ridge Ave.,
Suite LL15
Evanston, IL 60201


Carby King Realty Group, Inc.
1740 Ridge Ave
Evanston, IL 60201


Carmen Navarro
2327 S. 61st Ct.
Cicero, IL 60804


Cazim Music
1207 S. Old Wilke Rd
# 107
Arlington Hts, IL 60005


Cedrick Hunter
Hunter Real Estate
6049 W. North Avenue
Oak Park, IL 60302


Charle Nacw
237 N. Mc Lean Blvd
Elgin, IL 60123


Charles E. Nave
237 N. Mc Lean Blvd.
Elgin, IL 60123

Charles Rutenberg
1733 mPark Street
Naperville,, IL 60563


Chris Nudo
1250 Larkin Ave.
Suite 10
Elgin, IL 60123


Ciarria E. Alfred
521 St. Louis Ave
Apt 1
Chicago, IL 60624


Cindy O'Keefe
9014 Hillgrove
La Grange, IL 60525


City Habitat
7243 S. Western Ave
Chicago, IL 60645


City of Chicago Department of finance
PO Box 88292
Chicago, IL 60680


Claudia Friedman
2458 Greenleaf Ave.
#1
Chicago, IL 60645


Connie Abels
Re/Max
6208 N. Broadway
Chicago, IL 60660


Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193

Damian Ngo
4521 W. Pratt Ave
Lincolnwood, IL 60645


Daniel Goral
1322 Pfingston Rd.
Glenview, IL 60025


Darsco Group Inc
279 Clifton
bolingbrook, IL 60440


David Gorr
2537 N. Kedzie
Chicago, IL 60641


David Guggenheim
Axis Realty
6645 N. Oliphant
Chicago, IL 60631


David Zuperku-Shy High Real Estate
6600 N. Lincoln avel
Suite 234
Lincolnwood, IL 60712


Dennis Nolan
221 Railroad Avenue
Bartlett, IL 60103


Dilbagh Singh/Neeraj Singh
450 E. Watersid3e Dr.
Unit 1905
Chicago, IL 60601


Earl Roloff
1060 W. Lake Street
Hanover Park, IL 60133

Earnest Jones   c/o   Reuben Coleman
5200 S. Harper
Chicago, IL


Eleanor & Michael Leichenko
5000 Oakton St.
Skokie, IL 60077


Elizabeth Akinwale
3743 167th Place
Country Club Hills,, IL 60478


Elmer Evangelista
1603 Central Parkway
Glenview, IL 60025


Enrique Pina
3531 W. 61st Place`
Chicago, IL 60629


Enrique Rios
60 S. Grove Ave
Elgin, IL 60120


Eric Bauman
561 Darlington Ln
Unit 8
Crystal Lake, IL 60014


Eric Bjorkman
Windy City Realty Corp
6917 N Rockwell St.
Chicago, IL 60645


Erika Valdez and Cesar D. Sanchez   c/o
7020 W. higgins Ave.,
Chicago, IL 60656

Ernest Rose
11 S. Dunton Ave
Arlington Hts.,, IL 60005


Estella Unzuetz
115 W. Main St.
Bensenville, IL 60126


Evan Williams and Nubia Willman
1621 N. Mozart
Apartment 1 S
Chicago, IL 60647


Federico Romero
2243 Cottonwood Dr.
Elgin, IL 60123


Felicia M. Di Giovanni
710 W. North Avenue
Chicago, IL 60607


Frank Rodriquez
2753 N. Kedzie Ave.
Chicago, IL 60647


Fritz Tellefsen
172 Berkley Ave
E;lmhurst, IL 60126


Gail Dudicek
Real People Realty, Inc
9981 W 190th St.
Mokena, IL 60448


Galina Patterson
1104 Skokie Ridge Dr.
Glencoe, IL 60022

Gary Lindeen
806 E. Nerge Road
Roselle, IL 60172


George Chepov



George Daniel & Mayra C. Daniel
238 Lisa Lane
Somonauk, IL 60552


Gerald Fuentes
Hometown Real Estate
7700 W. Belmont Ave
Chicago, IL 60634


Gerardo Vega
1843 N. Kimball Ave
Apt., 2
Chicago, IL 60647


Gloria Flasch
Century 21 Class Homes
724 E. Schaumburg
Schaumburg, IL 60194


Gordian Fund Lp
733 N. Milwaukee Ave
Libertyville, IL 60048


Guillermo Pumaquero and Mariana Orellna
4641 W. Park Ave.,
Chicago, IL 60656


Han Properties
600 N. cicero
Suite 304
Chicago, Il 60646

Heather & Michael Terranova
936 Apple Drive
Schaumburg, il 60194


Hector Lugo
2931 190th Place
Lansing,, IL 60438


Heidi Coleman
7301 N. Lincoln Ave
Lincolnwood, IL 60712


Hometown Realty
7700 W. Belmonte Ave
Chicago, IL 60656


Humberto & Maria Valazquez
3318 W. 65th Place
Chicago,, IL 60628


IDES
33 S. State Street
Chicago, IL 60603


IDFPR--C/O  Robert Wasiak
9511 w. Harrison Street
Unit LL50
Des Plaines, IL 60016


Ignacio M. Rodriguez
9213 S. Kedvale
Oak Lawn, IL 60453


Igor Gromov
1020 Milwaukee Ave.
Suit 101
Deerfield, IL 60015

Imran Kasbati
Kale Realty
542 W. Roosevelt Road
Chicago, IL


Iona Kapustica
5201 N. Harlem Ave
Chicago, IL 60642


Ira Kahn
53 W. Jackson
Chicago, IL 60603


Ira Kahn
53 W. Jackson B;lvd.
Chicago, IL 60603


Ira Kahn
53 W. Jackson blvd
Chicago, IL 60603


Ireneusz Broz
636 S. Des Plaines River Road
Des Plaines, IL 60018


Jaceb Michalkiewicz
Coldwell Banker
1242 Eola Rd, Unit F
Aurora, IL 60502


Jack Peterson
Chase Real Estate
1903 Springbrook Sq.
Naperville, IL 60564


James Gallagher
Second Federal
3960 W. 26th St.
Chicago, IL 60623

James Jones
1809 S. 14th Avenue
Broadview,, IL 60155


Janie Bress
Coldwell Banker
640 Vernon Ave.
Glenco, IL 60022


Jaroslaw Antoniak/Pawal Tomasik
634 E. Independent Ct.
Arlington Hts., IL 60005


Jason M. Palermo
1500 W. Chicago
Chicago, IL 60642


Jason W. Hammer
800 E. Northwest Highway
Suite 109 S
Palatine,, IL 60074


Jeff & Tammy Gadonski
10132 Sweet Grass Circle
Monee, IL 60449


Jeff Proctor
1596 N. Clyborne
Chicago, IL


Jenny Juliany and James Tang
1585 Cottonwood Dr.
Glenview, IL 60026


Jesse Outlaw
55 W. Jackson Blve
Suite 1230
Chicago, IL 60604

Jessica Manley
2248 N. Burling
Chicago, IL 60614


JGE Investments Properties, INC
22721 Marina Drive
Plainfield, IL 60585


Jiazhao Chen
3809 S. Parnell Ave.
Chicago, IL 60609


Jie Wn and Xiaolu Zhang
1835 Tanglewood
Glenview, IL 60025


Jinhee Yang Caldwell
1925 Cherry nLane
Northbrook, IL 60062


Joanna Zatorska
Hometown Realty
7700 Belmont Ave
Chicago, IL 60634


Jody Lownthal
30 W. 57th Ave.
Hinsdale, IL 60521


Joe Delaney
11 Dunton
Arlington Hts., IL 60005


John Aylesworth
125 S. Wacker Dr.
Suite 300
Chicago, IL 60606

John Edelberg
Kal Realty
542 Roosevelt Road
Chicago, IL 60607


John Ferrentino
8409 W. Cermak
North Riverside, IL 60


John Ferrentino


John Lovestrand
30 Green Bay Road
Winettka, IL 60093


John rodriguez
Rising Realty
1920 W. Webster  # 307
Chicago, IL 60614


Jon Pearlman
345 N. LaSalle St.
Chicago,, IL 60654


Jonathan K Krasinski
1721 Chesapeake
Schaumburg, IL 60193


Jonathan Wooding
925 N. Wolcott Ave.
Chicago, IL 60622


Jose Aparicio--New Hope Realty
4315 W. 63rd St.
Chicago, IL

Jose Jiminez
Heart of Chicago Real Estate
2058 W. 18th St
Chicago, IL 60608


Jose Luis Hernandez
C/O Diaz Homes Realty
5236 W. Fullerton
Chicago, IL 60647


Jose Raul Rosas
7517 W. 57th St.
Summit, IL 60501


Jose Thomas and Ambily Cyriad
5316 Lee Street
Skokie, IL 60077


Joseph F Nery
4258 W. 63rd St.
Chicago, IL 60629


Joseph F. Nery
4258 W. 63rd St.
Chicago, IL 60629


Joseph J. Klein
2250 Golf Road
Suite 250
Rolling Meadows, IL 60008


Joseph Kostek
10201 W. Lincoln Highway
Frankfort
IL, 60423


Joseph Lazara
7246 W. Touhy Ave
Chicago, IL 60631

Josie Morrison
RE/Max Action
1550 Maple
Lisle, IL 60532

Juan Diaz Lopez
C/O Marth Martinez-Realty Executive
2625 w. butterfield Rd.
Oak Brook, IL 60523

Juan Moxthe
Realty of Chicago
6619 W. Cermak Road
Berwyn, IL 60402

Julie Molz Matgous
PO Box 5999
Vernon Hills, IL 60061

Julio Tellez
2342 N. Damen Ave
Chicago, IL 60647

Kamco Real Estate LLC

427 Euclid Ave.
Oak Park, IL 60302

Katerezyna Kaminska
Century 21 SGR
1161 W. Madison
Chicagbo, IL 60607

Katerine Sak

Kathleen Hittle
552 S. Washington
Suite 209
Naperville, IL 60540

Kathleen Yates
Carriage Way Real Estate Group
1185 Heather Lane
Palatine, IL 60067


Kathy Burkulis
808 N. Arlington Hts. Rd
Arlington Hts., IL 60004


Kathy Sak
7720 W. Touhy
Chicago, IL 60631


Kathy Widuch
208 Wisner Park
Park ridge, IL 60068


Kenneth Welter
37 s. Prospect Ave
Park Ridge, IL 60068


KG Homes LLC
60 Orland Square Drive
Orland park, IL 60462


Khang Duy Nguyen
1828 Magnolia Ln
Mt. Prospect, IL 60056


Kimberley Thompson
Century 21 First Class Homes
734 E. Schaumburg Rd.
Schaumburg, IL 60094


KN Housing LLC
5938 Prarie
PO Box 14
Park Ridge, IL 60068

Krushita Shaw
8864 Gregory Lane
Apt C
Des Plaines, IL 60016


Larry Cohen
1033 W. Golf Road
Hoffman Estates, IL 60169


Larry e. Rosenbaum
2637 Orrington Ave

Evanston,, IL 60201


Laura A Fisher and Kyle Lee Klepitch
915 Countryside Drive
Unit 110
Palatine, IL 60067


Liang Zhang
575 W. Madison St.
Apt 3408
Chicago, IL 60661


Liangfu Zhou
Concentric Realty
1952 Mc Dowell Rd, Suite 109
Naperville, IL 60563


Louis Klessling
7480
Prescott Lane
Countryside, IL 60525


Lucyna Drazek
100 N. Fairway Ave.
Mount Prospect, IL 60056


Luis Casanova
United Progress
2803 W. Jackson Blvd
Chicago, IL 60612

Luis Martinez
4111 W. 63rd St.
Chicago, IL 60632


Luis Martinez
4111 W. 63rtd St.
Chicago, IL 60632


Luis Ortiz
Remax Partners
6420 Cermak Road
Berwyn, IL 60402


Luminita Ispas
Century 21 SGR
1161 W. Madison
Chicago, IL ypy07


Luminitas Ispas



M&A Builders
C/O Chris Lebiecki
7020 W. Higgins
Chicago, IL 60656


Mack Industries
6820 Centennial Dr.
Tinley Park, IL 60477


Mahendrabhai V. Patel and Kamuben M. Pat
1706 A W. Vitoria Dr.
Apt 2B
Mount Prospect, IL 60056


Malcolm Blitz Holding
1073 W. Elm Street
Palatine, IL 60067

Mallory Snitker
125 Lemans Drive
Wheeling, IL


Marc W. Surgis
7366 N. Lincoln Avenue
Suite 08
Lincolnwood,, IL 60712


Marcia Compoverde
3403 N. Kolmar Ave
Chicago, IL 60641


Marco Cesario
425 W. North Avenue
Chicago, IL 60610


Marco Mejia
Lucid Realty
1858 W. Erie
Chicago, IL 60622


Marcus Zaid
930 Blaze Trail
Wheeling, IL 60090


Marcy Real Estate
420 Cesar Drive
Barrington,, IL 60010


Margeret Las
7630 S. County Line Road
Hinsdale, IL 60523


Maria Cabrera
4126 N. Lincoln Avenue
Unit 1
Chicago, IL 60634

Maria Gonzalez
5112 W. Crystal
Chicago, IL 60651


Maria Munoz-Keller  Williams
939 W. North Ave
# 750
Chicago, IL 60641


Maria Rodriguez
Su Familia Real Estate
1517 S. Pulaski
Chicago, IL 60632


Mark Briden
545 N. State Street
Unit 3707
Chicago, IL 60654


Mark Edison
1415 W. 22nd Street
Tower Floor
Oak Brook, IL 60523


Mark Loza
2500 E. Devon Ave
Des Plaines, IL 60018


Mark Rumbolt
10605 Monroe Street
Apt 3
Evanston, IL 60202


Martello Realty Group
5119 W 159th St.
Suite 1 W
Oak forest, IL 60452


Martha Hernandez
3511 w. 58th Place
Chicago, IL 60607

Martin and Maria G. Anaya
2049 W. 22nd Place
Chicago, IL 60608


Martin F. Rosa
1229 Atlas Lane
Naperville, IL 60540


Martin Rojas
7062 W. Belmont ave.,
Chicago, IL 60634


Mary Minter
Minter Realty Group
1 Westbrook Corporate Center
Westchester, IL 60154


Mateusz W. Jureczko
German LLanos
1925 W. Chicago
Chicago, IL 60622


Matthew Dusckett
560 S. Fifth Ave
DesPlaines, IL 60016


Maurice Anderson
35 Elgin Ave.
Forest Park, IL 60130


Meritage Realty Group
7 s. Dunton Ave
Arlington Hts.,, IL 60004


Merrick Bank
P.O. Box 9201
Old Bethpage, NY 11804-9001

Michael Balourdos
535 N. Michigan Ave
Suite 200
Chicago, IL 60611


Michael Castaldo
1220 N. National Ave.
Addison, IL 60101


Michael Di Santis
233 s. Wacker Drive
33rd Floor
Chicago, IL 60606


Michael Melnyk     C/O Charles Rutenburg
1733 Park Street
Suit 150
Naperville, IL 60563


Michale Woodward
Westbrook Coprporate Center
Westchester,, IL 60154


Mike Bonaguro
1234 Oak Avenue
Evanston, IL 60202


Mike Hapanionek Sr
1470 Oakwood Drive
Hanover Park, IL 60133


Miles & Assoc.
25 w. Washington
Suite 220
Chicago, Il 60601


Miximiano & Marisela De Real
317 E. Carpenter Dr.
Palatine, IL 60067

Mopal LLC
7061 W. Touhy Ave.
# 703
Niles, IL 60714


Mopal LLC
7061 W. Touhy Ave
# 703
Niles,, IL 60714


MRJP Ventures LLC
6118 Roosevelt Road
Oak Park, IL 60302


MRL Realty-Asezat Shewu
343 N.  Wood Dale Rd.
Wood Dale, IL 60191


Murali Jalasutram
47 Chestnut Terrace
Buffalo Grove, IL 60089


Nancy Sander
8532 School street
Morton Grove, IL 60053


Nancy Sander
8532 School Street
Morton Grove, IL 60053


Nasiakos Law Group
2038 W. Webster
Chicago, IL 60647


Naveed H Elahi
344 E. Shady Pines Ct.
Palatine, IL 600067

Nelcida Rodriguez
424 W. Diversey Parkway
Apt  524
Chicago, IL 60614


Nicole Thomas  Properties
1586 N. Clyborn
Chicago, IL 60642


Noel Baker
6138 N. Lincoln Ave
Chicago
IL, 60659


North Shore University Health System
23056 Network Place
Chicago, IL 60673


Olga & Dimitry Ulman
1720 Highland Ave
Northbrook, IL 60062


Olga Povoronznyuk & Yvacheslav Grachkov
20882 Birchlane
Deerfield,, IL 60015


Olga Sapozhnikov
Gold & Azen Realty
785 S. Buffalo Grove Rd
Buffalo Grove, IL 60089


Osbaldo Perez
Chicagoland Brokers
5151 N. Harlem Ave
Chicago, IL 60656


Paresh P. Vipani
1567 N. Haven Dr.
Palatine, IL 60074

Partners Funding
1393 Veterans Memorial Highway
Suite 202S
Hauppauge, NY 11788


Patricia Gutierrez
5716 West Lawrence Avenue
Chicago, IL 60630


Patricia K. Furman
1920 Waukegan Rd.
Suite 202
Glenview, IL 60025


Patrick Boyle
7266 N. rogers Ave.
Chicago, IL 60645


Patti Furman
Coldwell Banker
1420 Waukegan Rd.
Glenview, IL 60025


Patty Melgar hooks
1011 South boulevard
OAK Park, IL 60302


Paul Kolpak
6767 N. Milwaukee Ave
Niles, IL 60714


Paule De Biase
5535 W. Montrose
Chicago, IL 60641


Pearl Capital
40 Exchange Place
New York, NY 10005

Penelope Rose Properties
PO Box 958474
Hoffman Estates,, IL 60195


Peter Jung
1307 N. Walnut Ave
Arlinton Hts.,, IL 60004


Petro Escobar
7061 W. Belmont Ave
Chicago, IL 60634


Petrulis Corporation
325 Central Avenue
Willowbrook, IL 60527


Polymathic Properties/Greg Owen
707 aldridge Rd.
Suite B
Vacaville, CA 95688


Prime Real Estate
14489 S. John Humphrey Dr.
Suite 200
Orland Pk.,, IL 60462


Priscilla James--Re Do Properties
1805 S. 55st Ave.
First Floor
Cicero, IL 60804


Rafael Arcos and Luz Arcos
3416 N. Keldare ave
Chicago, IL 60641


Ralph Redmond
Real People Realty
9981 W. 190th
Mokena, IL 60448

Randy Barone
4543 W. Addison
Chicago, IL 60641


Randy Boyer
Zucker & Boyer Ltd.
3223 Lake Avenue
Suite 15C-303
Wilmette, IL 60091


RE/Max
8728 S. Archer Ave.
Willow Springs, IL 60480


RE/Max First Class
4023nW. Church Street
Skokie, IL 60076


RE?Max Barrington
Shannon Dalrymple
306 W. Northwest highway
Barrington, IL 60010


Real Estate Company
Glen Gaode
514 W. Farwell
Skokie, IL 60077


Richard Joseph
Tanis Realty
122 W. Main St.
West Dundee, IL 60118


Rifkin Investments
6777 N. Milwaukee Ave
Niles, IL 60714


Robbie Multrie
155 N. Long Ave
ChicagoL, IL 60644

Robert Cheeley
6446 w. cermak road
Berwyn, IL 60402


Robert O'Connor
118 S. Commonwealth Ave
Aurora, IL 60506


Roger Tsang
2912 S. Wentworth Ave
Chicago, IL 60616


Ryan Walsh`
Home Smart Realty
18305 Distinctive Drive
Orland Park IL


Ryszard Surdel
10220 S. 88th Ct.
Palos Hills, IL 60465


Salma Bhatti
3701 Greenleaf St.
Skokie, IL 60076


Salvador Lopez
5 S. Wabash
Suite 191
Chicago, IL 60603


Sam Shaffer
1429 W. Grand Ave
Chicago, IL 60642


Sameena Khalfan
PO Box 2215
Palatine, IL 60078

Sameerah Miller
818 S. Austin Blvd.
Apt 2E
Oak Park, IL 60304


Saul Borges and Rocio Mendes
1720 S. Michigan Ave.
Apt.  917
Chicago, IL 60616


SB-WRA, LLC
James Paines
5580 La Jolla Blvd, # 67
La Jolla, CA 92037


Scott Dixon
Koenig Rubloff
900 N. Michigan Ave, Suite 800
Chicago, IL 60611


Sean Feron
57 E. Delaware Pl
Suite 1101
Chicago, IL 60611


Select Acquisitions
8050 N. 19th ave
Unit 212
Phoenix, AZ 85021


Seta Ajram
Coldwell Banker
5404 W. Devon
Chicago, IL 60646


Sheila M. Daly
6014 S. Peck Ave
La Grange Highlands, IL 60525


Shijo Mullappalil

Simnon Edelstein
939 Grace
Chicago, IL 60610


Simon edelstein
939 Grace
Chicago, IL 60610


Slava Tenenbaum
2222 Chestnut
Glenview, IL 60025


Sohrab Samsami & Nafiseh Tabatabai
3420 Winnetka Rd
Glenview, IL 60026


Sterling Garde
3232 N. Halsted
D 404
Chicago, IL 60657


Steven Kudulis
3333 Warrenville Road
Suite 200
Lisle, IL 60532


Sue Lesus
511 Wesley
Wheaton, IL 60187


Sun Woo Kang
1542 Heather Ct.
Apt 2 A
Wheeling, IL 60090


Surinder Chandi
Regency Lane Poperties
740 W. Army Trail Road, Suite 260
Carol Stream, IL 60188

Tadeusz Lupinski/Mitch Gundognon
425 W. North Avenue
Chicago, IL 60610


Thad Wong
618 W. fulton
Chicago, Il 60661


Thomas and Susan Smith
927 N. Lombard
Oak Park, IL 60302


Thomas Chorah
2452 Fontana Drive
Glenview, IL 60025


Thomas J. Wilda
5520 N. California Ave
Chicago, IL 60626


Tim Dancy
PO Box 2183
Chicago, IL 60690


Tomasz Drewnowski
8143 Marion Drive
Justice, IL 60458


Tracy Tran
Coldwell Banker
534 Pennsylvainia Ave
Glen Ellyn, IL 60137


Tricia Cho
621 Ashton Ln.
South elgin, IL 60177

Ubaldo Garcia
3958 W. 55th Street
Chicago, IL 60632


Ublado Garcia
ERA Mi Casa
3958 W. 55th St.
Chicago, IL 60632


Ulf Linqwister & Nguyet Lindqwister
4322 W. Longmeadow Ct.
Peoria, IL 61615


Union City Financial LLC
947 Garfield
Oak Park, IL 60304


Urban Realty
3550 Southport
Chicago, IL 60613


Vad Industries LLC
3140 Harrison Ave
Brookfield, IL 60513


Vanessa Seller
120 S. Riverside Plaza
Chicago, IL 60606


Vera Filimonov
Terra Property Group
2118 Brandywyn Ln
Buffalo Grove, IL 60089


Veronica Flores
953 Ashland Ave
Chicago, IL 60622

Verve

Vicente Muniz  c/o Juiniors Colors
1011 N. 17th Ave.
Melrose Pk.,, IL 60160

Victor Jimenez
RE/Max Unlimited
200 E. Northwest Highway
Palatine, IL 60067

Victor Tierrafria
3431 N. Harlem Ave
Chicago, IL 60634

Victoria I. Perez
4146 W. Lincoln Avenue
Chicago, IL 60618

Victoria Magana

Vikeing Property Partners
1411 Mc Henry Road
Suite 226
Buffalo Grove, IL 60689

Viking Property Partners
141 Mc Henry Rd
Suite 226
Buffalo Grove, IL 60089

Viking Property Partners
1411 Mc Henry Rd.
Suite 226
Buffalo Grove, IL 60089

Viking Property Partners
1411 Mc Henry Rd
Suite 226
Buffalo Grove, IL 60089


Viking Property Partners
1411 Mc Henry rd.
Suite 226
Buffalo Grove, IL 60089


Vima Real Estate
32 Olympic Dr.
South Barrington, IL 60010


Vince Tinc
6522 Richmond Inc
2201 W. Roscoe
Chicago, IL 60616


Vincent Dyer   c/o TD Homes
380 e. St. Charles Road
Lomberd, IL 60148


Vincent Viverito
Coldwell Banker
1457 W. Belmont
Chicago, IL 60657


Vytenis Lietuvninkas
4536 W. 63rd Street
Chicago, IL 60629


Waldemar Widmski
6357 Lockwood
Chicago, IL 60638


Waldemar Wyszynski

Waldemar Wyszynski
2500 Devon Ave.
Suite 307
Des Plaines, IL 60018


Wator & Zac
10711 S. Roberts Road
Palos Hills, IL 60465


Wenzel Select
924 Warren Ave.
Downers Grove, IL 60515


Wesley A. Brown
145 N. Marion
Bartlett, IL 60103


William c. Scott
10114 S. Oakley Ave.
Chicago, IL 60643


Witold Drozd
6674 W. Albion Ave
Niles, IL 60714




Ying Zhao-Parkview Properties
33 N. LaSalle St.
Suite 2020
Chicago, IL 60602


Yousif S. Yousuf
6418 N. Richmond St.
Apt 1 A
Chicago, IL 60645

Yuanda Zhang
colewell Banker
1420 Waukegan Road
Glenview, IL 60025


Zaharie & Maria Stremtan
1138 Wayne Ave.
Deerfield, IL 60015


Zighereda Shannon
PO Box 2106
Sugar Land, TX 77487

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**

In Re:                                           Bankruptcy Case Number: _____

   **Paul  R King**

### VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____

The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our)
knowledge.

Dated: _____        _____ _Paul  R King_____
                                                              Debtor

                                               _____
                                                              Joint Debtor

**Fill in this information to identify your case:**

Debtor 1    Paul _____ R _____ King _____
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Northern District of Illinois

Case number _____
(If known)

☐ Check if this is an
   amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy      04/16

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☒ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☒ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____<br>Number    Street | From _____<br>To _____ | _____<br>Number   Street | From _____<br>To _____ |
| _____ | | _____ | |
| _____<br>City          State  ZIP Code | | _____<br>City          State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____<br>Number    Street | From _____<br>To _____ | _____<br>Number   Street | From _____<br>To _____ |
| _____ | | _____ | |
| _____<br>City          State  ZIP Code | | _____<br>City          State  ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☒ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | Paul  R King | | | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

---

**Part 2:  Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips ☒ Operating a business | $ 7,600.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ _____ |
| **For last calendar year:** (January 1 to December 31, 2015 ) YYYY | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ 0.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ _____ |
| **For the calendar year before that:** (January 1 to December 31, 2014 ) YYYY | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ 14,177.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ _____ |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☒ No
   ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ _____ _____ | $ _____ $ _____ $ _____ | _____ _____ _____ | $ _____ $ _____ $ _____ |
| **For last calendar year:** (January 1 to December 31, _____ ) YYYY | _____ _____ _____ | $ _____ $ _____ $ _____ | _____ _____ _____ | $ _____ $ _____ $ _____ |
| **For the calendar year before that:** (January 1 to December 31, _____ ) YYYY | _____ _____ _____ | $ _____ $ _____ $ _____ | _____ _____ _____ | $ _____ $ _____ $ _____ |

| Debtor 1 | Paul  R King | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<hr>

**Part 3:**  **List Certain Payments You Made Before You Filed for Bankruptcy**

<hr>

**6.** **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☒ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☒ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| _____<br>Creditor's Name | _____ | $_____ | $_____ | ☐ Mortgage |
| | | | | ☐ Car |
| _____<br>Number    Street | _____ | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| _____ | _____ | | | ☐ Suppliers or vendors |
| _____<br>City        State        ZIP Code | | | | ☐ Other _____ |
| _____<br>Creditor's Name | _____ | $_____ | $_____ | ☐ Mortgage |
| | | | | ☐ Car |
| _____<br>Number    Street | _____ | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| _____ | _____ | | | ☐ Suppliers or vendors |
| _____<br>City        State        ZIP Code | | | | ☐ Other _____ |
| _____<br>Creditor's Name | _____ | $_____ | $_____ | ☐ Mortgage |
| | | | | ☐ Car |
| _____<br>Number    Street | _____ | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| _____ | _____ | | | ☐ Suppliers or vendors |
| _____<br>City        State        ZIP Code | | | | ☐ Other _____ |

| Debtor 1 | Paul R King | | Case number (if known) | |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

---

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☒ No
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | $ | $ | |
| Insider's Name | | | | |
| | | | | |
| Number   Street | | | | |
| | | | | |
| | | | | |
| City              State   ZIP Code | | | | |
| | | $ | $ | |
| Insider's Name | | | | |
| | | | | |
| Number   Street | | | | |
| | | | | |
| | | | | |
| City              State   ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | $ | $ | |
| Insider's Name | | | | |
| | | | | |
| Number   Street | | | | |
| | | | | |
| | | | | |
| City              State   ZIP Code | | | | |
| | | $ | $ | |
| Insider's Name | | | | |
| | | | | |
| Number   Street | | | | |
| | | | | |
| | | | | |
| City              State   ZIP Code | | | | |

Debtor 1   Paul  R King
           First Name      Middle Name      Last Name                    Case number (if known)_____

---

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☒ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title Sean Fearon v. Carby King & <br><br> Paul King <br><br> Case number   16 CH 4768 | TRO/Collection | Circuit Court of Cook County, Illinois <br> Court Name <br><br> 50 W. Randolph <br> Number    Street <br><br> Chicago          IL       60601 <br> City              State    ZIP Code | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case title IDFPR v. Paul King <br><br> _____ <br><br> Case number   2016 -2988 | License revocation investigation | IDFPR--Robert Wasiak <br> Court Name <br><br> 9511 W. Harrison St.  Unit LL50 <br> Number    Street <br><br> Des Plaines      IL       60016 <br> City              State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |

See Attachment 1

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
   Check all that apply and fill in the details below.

   ☒ No.  Go to line 11.
   ☐ Yes. Fill in the information below.

| Describe the property | Date | Value of the property |
|---|---|---|
| | | $_____ |
| _____ <br> Creditor's Name <br><br> _____ <br> Number   Street <br><br> _____ <br> City           State   ZIP Code | **Explain what happened** <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | |

| Describe the property | Date | Value of the property |
|---|---|---|
| | | $_____ |
| _____ <br> Creditor's Name <br><br> _____ <br> Number   Street <br><br> _____ <br> City           State   ZIP Code | **Explain what happened** <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | |

Debtor 1    Paul  R King
            First Name    Middle Name    Last Name                          Case number (if known)_____

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| | | | $ |
| Number    Street | | | |
| | | | |
| City                State    ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | $ |
| Number  Street | | | $ |
| | | | |
| City                State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | $ |
| Number  Street | | | $ |
| | | | |
| City                State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

Official Form 107              Statement of Financial Affairs for Individuals Filing for Bankruptcy              page 6

| Debtor 1 | Paul  R King | | | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | | $ |
| Charity's Name | | | |
| | | | $ |
| Number  Street | | | |
| | | | |
| City        State        ZIP Code | | | |

---

**Part 6:**   **List Certain Losses**

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | $ |

---

**Part 7:**   **List Certain Payments or Transfers**

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Sbertoli Law Office | | | |
| Person Who Was Paid | | | |
| PO Box 1482 | | 04/30/16 | $ 2,825.00 |
| Number    Street | | | |
| | | | $ |
| La Grange Park      IL      60526 | | | |
| City              State    ZIP Code | | | |
| dsbert4978@aol.com | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

---

Debtor 1    Paul  R King
_____          Case number (if known)_____
First Name        Middle Name           Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | $_____ |
| Number    Street | | _____ | $_____ |
| City          State      ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | $_____ |
| Number    Street | | _____ | $_____ |
| City          State      ZIP Code | | | |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | _____ |
| Number    Street | | | |
| City          State      ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Person Who Received Transfer | | | _____ |
| Number    Street | | | |
| City          State      ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Debtor 1 | Paul  R King | | | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☒ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

### Part 8:  List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☒ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Primerica Insurance<br>Name of Financial Institution | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☒ Other See 2 | _____ | $ 7,000.00 |
| Number   Street | | | | |
| City      State   ZIP Code | | | | |
| Name of Financial Institution | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| Number   Street | | | | |
| City      State   ZIP Code | | | | |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No<br>☐ Yes |
| Name of Financial Institution | Name | | |
| Number   Street | Number   Street | | |
| City      State   ZIP Code | City      State   ZIP Code | | |

| Debtor 1 | Paul  R King | | | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| Name of Storage Facility | Name | | |
| Number    Street | Number    Street | | |
| | City State  ZIP Code | | |
| City                    State      ZIP Code | | | |

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ No
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| | | | $_____ |
| Owner's Name | | | |
| Number    Street | Number    Street | | |
| City                    State      ZIP Code | City                    State      ZIP Code | | |

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| | City          State   ZIP Code | | |
| City                    State      ZIP Code | | | |

Debtor 1    Paul  R King
First Name    Middle Name    Last Name

Case number (if known)_____

---

**25. Have you notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | Court Name | | ☐ Pending |
| | Number   Street | | ☐ On appeal |
| Case number | City        State   ZIP Code | | ☐ Concluded |

---

## Part 11:    Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☒ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☒ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Carby King Realty Group Inc. | Real Estate sales | Do not include Social Security number or ITIN. |
| Business Name | | EIN: _3_ _6_ – _3_ _9_ _1_ _5_ _0_ _0_ _1_ |
| 1740 Ridge ave. | | |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| | AD Coore, Accounting & Taxes LLC, 1677 ramblewood Way, Snellville GA | |
| Evanston        IL      60201 | | From _____ To  See 3 |
| City        State    ZIP Code | | |

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Business Name | | Do not include Social Security number or ITIN. |
| | | EIN: __ __ – __ __ __ __ __ __ __ |
| Number   Street | | |
| | Name of accountant or bookkeeper | Dates business existed |
| | | From _____ To _____ |
| City        State    ZIP Code | | |

---

Debtor 1    Paul  R King
           First Name      Middle Name        Last Name                          Case number (if known)_____

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| Business Name | | EIN: __ __ – __ __ – __ __ __ __ __ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| | | From _____  To _____ |
| City          State     ZIP Code | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ No
☐ Yes. Fill in the details below.

Date issued

Name                                              MM / DD / YYYY

Number   Street

City          State     ZIP Code

---

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✖ _____ *Payl R K,* _____     ✖ _____
Signature of Debtor 1                                          Signature of Debtor 2

Date  6. 30-2016                                      Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☐ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

## Attachment 1/2
## Debtor: Paul R King      Case No:

Attachment 1 Additional Lawsuits, Court Actions, or Administrative Proceedings

Case Title: Povoroznyuk v. Paul King & Carby King
Case Number: 16 M2-1524
Nature of Case: Collection
Court or Agency's Name: Circuit Court of Cook County Second Municipal District.
Status of Case: Pending

Case Title: Martin S. Edwards v. Carby King & Paul King
Case Number: 11 L 224
Nature of Case: Collection
Court or Agency's Name: Circuit Court of Cook County, Illinois
Court or Agency's Address: 50 w. Randolph, Chicago, IL 60601
Status of Case: Concluded

Case Title: Shah v. Carby-King and Paul King
Case Number: 2016 M2-001916
Nature of Case: Collection
Court or Agency's Name: Circuit Court of Cook County
Court or Agency's Address: 5600 W. Old Orchard Road, Skokie, iL 60077
Status of Case: Pending

Case Title: Andre Wiggins v. Carby King Co.
Case Number: 2016 M1-040340
Nature of Case: Collection
Court or Agency's Name: Circuit Court of Cook County
Court or Agency's Address: 50 W. Washington, Chicago, IL 60601
Status of Case: Pending

Case Title: Big Homes LLC v. Carby King Realty Group and Paul R. King
Case Number: 2016 M1-114869
Nature of Case: Collection
Court or Agency's Name: Circuit Court of Cook  County
Court or Agency's Address: 50 W. Washington, Chicago, IL 60601
Status of Case: Pending

Case Title: Damian Ngo v. Paul King and Carby King Realty Group
Case Number: 16 M1- 113381
Nature of Case: Collection
Court or Agency's Name: Circuit Court of Cook County
Court or Agency's Address: 50 W. Washington, Chicago, IL 60601
Status of Case: Pending

Case Title: Jon Perlman v. Paul R. King and Carby King Realty Group
Case Number: 16 M1-114251

Attachment 2/2
Debtor: Paul  R King        Case No:

Nature of Case: Collection
Court or Agency's Name: Circuit Court of Cook County
Court or Agency's Address: 50 W. Washington, Chicago, IL 60601
Status of Case: Pending

Case Title: New State Funding d/b/a Partners Funding v. Carby King and Paul King
Case Number: 653206/2016
Nature of Case: Collection
Court or Agency's Name: Supreme Court of New York, County of New York
Court or Agency's Address: 60 Centre Street, New York, NY 10007
Status of Case: Pending

Attachment 2

   Life insurance-cashed out and funds used to pay earnest money back to consumers

Attachment 3

   March 2016

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

In Re:                                          Bankruptcy Case Number: _____

   **Paul  R King**

### VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____

The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Dated: _____          _____

                                                    Debtor

                                        _____

                                                    Joint Debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re

**Paul R King**

Case No. _____

**Debtor**

Chapter **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
    named debtor(s) and that compensation paid to me within one year before the filing of the petition in
    bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in
    contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **2,835.00** _____

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . $ **2,835.00** _____

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **0.00** _____

2.  The source of the compensation paid to me was:

    ☐ Debtor      ☒ Other (specify) **Wife**

3.  The source of compensation to be paid to me is:

    ☐ Debtor      ☐ Other (specify)

4.      ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are
        members and associates of my law firm.

        ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not
        members or associates of my law firm. A copy of the agreement, together with a list of the names of the
        people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
    case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to
        file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
        hearings thereof;

B2030 (Form 2030) (12/15)

   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

   e. [Other provisions as needed]

**The above amount represents attorney fee of $2,500.00 plus costs**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Any and all adversary proceedings.**

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

6-30-16
_Date_

_Signature of Attorney_

**Sbertoli Law Office**
_Name of law firm_